| FORM B1 | United State... ⌐ankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Portivity, Inc.** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**f/k/a Borealis Technology Corporation** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**88-0238203** | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**9790 Gateway Drive<br>Suite 200<br>Reno, NV 89511** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:    **Washoe** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from address above):     **Washoe County, Nevada** | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

☐ Individual(s)          ☐ Railroad
☑ Corporation           ☐ Stockbroker
☐ Partnership           ☐ Commodity Broker
☐ Other _____

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☑ Chapter 7        ☐ Chapter 11        ☐ Chapter 13
☐ Chapter 9        ☐ Chapter 12
☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)

☐ Consumer/Non-Business        ☑ Business

**Filing Fee** (Check one box)

☑ Full Filing Fee Attached
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,00 $10 mill |
|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,00 $10 milli |
|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☑ | ☐ |

THIS SPACE IS FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF NEVADA

**Case # 99-33938 gwz**          Chapter 7
Filed: 03:40 PM, 12/30/99          Reno

Judge: Gregg W. Zive
Trustee: ANGELIQUE CLARK

Debtor(s):
    PORTIVITY, INC.

**First Meeting of Creditors**
11:30 AM, February 03, 2000
Clifton Young Federal Building
300 Booth Street
Rm. 2110
Reno, NV

RECEIPT
# 000043209 - GW
03:44 PM, December 30, 1999

| Code | Qty | Amount |
|---|---|---|
| 7N | 1 | $175.00 |
| 7N | 1 | $25.00 |

ORIGINAL

**TOTAL PAID: $200.00**
From: JEFFREY L HARTMAN
427 W PLUMB LN
RENO, NV 89509-0000

3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtors: **Portivity, Inc.** | Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** | | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature(s) of Debtor (Corporation/Partnership)** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| X **Not Applicable**<br>_____<br>Signature of Debtor | X _____<br>Signature of Authorized Individual |
| X **Not Applicable**<br>_____<br>Signature of Joint Debtor | **Janet Smagala**<br>Print or Type Name of Authorized Individual |
| _____<br>Telephone Number (If not represented by attorney) | **Secretary**<br>Title of Authorized Individual |
| _____<br>Date | Date 12/30/99 |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X _____<br>Signature of Attorney for Debtor(s)<br><br>**Jeffrey L. Hartman, Esq., 001607**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Hartman & Armstrong**<br>Firm Name<br><br>**427 West Plumb Lane  Reno, NV  89509**<br>Address<br><br><br>**(775) 786-5400**<br>Telephone Number<br><br>_____<br>Date | I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>**Not Applicable**<br>Printed Name of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number<br><br>_____<br>Address<br><br>_____<br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br>☐ Exhibit A is attached and made a part of this petition. | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>X **Not Applicable**<br>Signature of Bankruptcy Petition Preparer<br><br>_____<br>Date |
|---|---|
| **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he/she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>X _____<br>Signature of Attorney for Debtor(s)               Date | A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156. |

# Corporate Resolution

The undersigned, being the President of Portivity, Inc., fka Borealis, Inc., a Delaware corporation, hereby makes the following resolutions, and such resolutions have not been amended or revoked and are now in full force and effect, to wit:

**RESOLVED**, that Portivity, Inc., fka Borealis, Inc., a Delaware corporation, be and hereby is, authorized to execute and file a Petition for Relief under Chapter 7 of the Bankruptcy Code, in the United States Bankruptcy Court for the District of Nevada (Reno Court);

**FURTHER RESOLVED**, that Portivity, Inc., fka Borealis, Inc., a Delaware corporation, be and hereby is, authorized to retain the law firm of Hartman & Armstrong, Ltd., Reno, Nevada, to represent it in connection with such proceedings;

**FURTHER RESOLVED**, that the undersigned President of said corporation is authorized to execute and file, on behalf of the corporation, any and all pleadings and documents as may be required in connection with such bankruptcy proceedings, including, but not limited to, a Petition for Relief under Chapter 7 of Title 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the District of Nevada (Reno Court.).

**WITNESS MY HAND** this 17 day of December, 1999

John Webley, President

In re:  **Portivity, Inc.**                                                    Case No.
        **88-0238203**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report in this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **21386**<br>**A Better Conference**<br>255 N. El Cielo, Ste. 26<br>Palm Springs, CA  92262 | | | | | | | 2,003.68 |
| ACCOUNT NO.<br>**ABD Insurance Services**<br>File No 72487<br>P.O. Box 6000<br>San Francisco, CA<br>94160-2487 | | | | | | | 5,947.00 |
| ACCOUNT NO.<br>**Accord**<br>P.O. Box 1529<br>Pearl River, NY<br>10965-8529 | | | | | | | 1,000.00 |
| ACCOUNT NO.  **12PORT**<br>**Accu Weather**<br>385 Science Park Road<br>State College, PA<br>16803-2215 | | | | | | | 1,033.30 |
| ACCOUNT NO.<br>**ADP**<br>3300 Olcott Street<br>Santa Clara, CA<br>95054 | | | | | | | 29,146.43 |
| ACCOUNT NO.  **E09972C**<br>**ADP Proxy Services**<br>P.O. Box 23487<br>Newark, NJ<br>07189 | | | | | | | 560.27 |

Schedule F Page 1                                        Subtotal<br>(Total of this page)  ↗                          | $39,690.68 |

In re:    **Portivity, Inc.**                                                    Case No.
            **88-0238203**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **00166852252**<br>Airborne Express<br>P.O. Box 91001<br>Seattle, WA<br>98111-9101 | | | | | | | 5,026.50 |
| ACCOUNT NO.<br>Airways Freight<br>c/o Scott & Goldman Coll<br>P.O. Box 4607<br>Anaheim, CA<br>92803-4607 | | | | | | | 1,738.22 |
| ACCOUNT NO.<br>Alpine Mini Storage<br>P.O. Box 7219<br>Incline Village, NV<br>89452 | | | | | | | 237.00 |
| ACCOUNT NO.<br>American Bank Note<br>P.O. Box 5457<br>New York, NY<br>10087-5457 | | | | | | | 250.00 |
| ACCOUNT NO.<br>American Express<br>P.O. Box 0001<br>Los Angeles, CA<br>90096-0001 | | | | | | | 5,153.62 |
| ACCOUNT NO. **020-767-5065-001**<br>AT&T<br>P.O. Box 7330<br>Mesa, AZ<br>85216 | | | | | | | 460.55 |

Schedule F Page 2                                Subtotal
                                            (Total of this page)              $12,865.89

In re:  **Portivity, Inc.**
        **88-0238203**                                                    Case No.

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    0577774298001<br><br>**AT&T Corp (Thrifty)**<br>**American Bureau of**<br>**Collections**<br>**1100 Main St**<br>**Buffalo, NY 14209** | | | | | | | 764.48 |
| ACCOUNT NO.    70349535<br><br>**AT&T Wireless**<br>**P.O. Box 219**<br>**Portland, OR**<br>**97207-0219** | | | | | | | 411.51 |
| ACCOUNT NO.<br><br>**Atlas Van Lines**<br>**P.O. Box 509**<br>**Evansville, IN**<br>**47703-0509** | | | | | | | 5,521.44 |
| ACCOUNT NO.<br><br>**AV Images**<br>**6285 S. Valley View Blvd**<br>**Suite G**<br>**Las Vegas, NV**<br>**89118** | | | | | | | 2,562.50 |
| ACCOUNT NO.<br><br>**Bofors**<br>**2090 South Delaware St.**<br>**San Mateo, CA**<br>**94403-1427** | | | | | | | 26,478.40 |
| ACCOUNT NO.<br><br>**Bowne of Los Angeles**<br>**Department 0197**<br>**Los Angeles, CA**<br>**90084-0197** | | | | | | | 9,336.39 |

Schedule F Page 3                                    Subtotal
                                                (Total of this page)              $45,074.72

In re:   **Portivity, Inc.**
          88-0238203                                              Case No.

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Broadbrook Associates**<br>163 W. Hillsdale Blvd<br>San Mateo, CA<br>94403-4215 | | | | | | | 7,000.00 |
| ACCOUNT NO.<br><br>**Burgarello Alarm**<br>P.O. Box 2883<br>Sparks, NV<br>89432 | | | | | | | 280.00 |
| ACCOUNT NO.<br><br>**Carson City Utilities**<br>Attn: Treasurer's Office<br>201 W. Carson St.<br>Carson City, NV<br>89701 | | | | | | | 142.12 |
| ACCOUNT NO.<br><br>**Casey's Office Moving Services**<br>1900 Third St.<br>San Francisco, CA<br>94107 | | | | | | | 535.34 |
| ACCOUNT NO.<br><br>**Chase Mellon**<br>Accounting Department<br>P.O. Box 360857<br>Pittsburgh, PA<br>15251-6857 | | | | | | | 12.00 |
| ACCOUNT NO.<br><br>**Concentric Network**<br>1400 Parkmoor Ave<br>San Jose, CA<br>95126-3429 | | | | | | | 995.75 |

Schedule F Page 4

Subtotal
(Total of this page)

$8,965.21

In re:  **Portivity, Inc.**                                                                                    Case No.
        **88-0238203**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 28,570.00 |
| Conneticut Surety Group City Place II, 15th Floo 185 Asylum St. Hartford, CT 06103-3403 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,543.28 |
| CT Corp System P.O. Box 4349 Carol Stream, IL 60197-4349 | | | | | | | |
| ACCOUNT NO. | | | | | | | 197.00 |
| Cusip Service Bureau P.O. Box 11326 New York, NY 10277 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,728.00 |
| Cyclonics P.O. Box 527 Medina, OH 44256 | | | | | | | |
| ACCOUNT NO. | | | | | | | 188,963.70 |
| DCI Digital Consulting 204 Andover Street Andover, MA 01810 | | | | | | | |
| ACCOUNT NO. | | | | | | | 475.75 |
| Deluxe Business Forms P.O. Box 64500 St. Paul, MN 55164-0500 | | | | | | | |

Schedule F Page 5                                      Subtotal
                                              (Total of this page)              $221,477.73

In re:   **Portivity, Inc.**                                              Case No.
         **88-0238203**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Depository Trust Co** <br> **55 Water Street** <br> **New York, NY** <br> **10041** | | | | | | | 240.00 |
| ACCOUNT NO. <br><br> **Digital Deli** <br> **300 Montgomery St.** <br> **Ste. 201** <br> **San Francisco, CA** <br> **94104** | | | | | | | 39,380.25 |
| ACCOUNT NO. <br><br> **Documentam** <br> **6801 Koll Center Prkwy** <br> **Pleasanton, CA** <br> **94566-3145** | | | | | | | 87,295.00 |
| ACCOUNT NO. <br><br> **Don's Maintenance** <br> **5720 Conte Dr.** <br> **Carson City, NV** <br> **89701** | | | | | | | 492.00 |
| ACCOUNT NO. <br><br> **DSI Technology** <br> **9555 Chesapeake Dr.** <br> **Suite 200** <br> **San Diego, CA** <br> **92123** | | | | | | | 3,050.00 |
| ACCOUNT NO. <br><br> **Echelon Executive Stes** <br> **9430 Research Blvd** <br> **Suite 400** <br> **Austin, TX** <br> **78759** | | | | | | | 108.77 |

Schedule F Page 6

Subtotal
(Total of this page)                                              | $130,566.02 |

In re:   **Portivity, Inc.**                                           Case No.
         **88-0238203**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **168020386-FS**<br><br>**Elite Cargo Systems**<br>**C/O D & B Collections**<br>**P.O. Box 318023**<br>**Independence, OH**<br>**44131-8023** | | | | | | | 1,691.90 |
| ACCOUNT NO.<br><br>**Ernst & Young**<br>**200 S. Virginia St.**<br>**Suite 250**<br>**Reno, NV 89501** | | | | | | | 33,066.00 |
| ACCOUNT NO.<br><br>**Eurocolor Corp.**<br>**File NO: 72607**<br>**P.O. Box 60000**<br>**San Francisco, CA**<br>**94160-2607** | | | | | | | 1,104.14 |
| ACCOUNT NO.   **1326-4459-4**<br><br>**Federal Express**<br>**P.O. Box 1140**<br>**Memphis, TN**<br>**38101-1140** | | | | | | | 1,328.46 |
| ACCOUNT NO.<br><br>**Fidelity Leasing**<br>**Beesley & Peck**<br>**5011 Meadowood Mall Way**<br>**Suite 300**<br>**Reno, NV 89502** | | | | | | | 10,267.73 |
| ACCOUNT NO.<br><br>**Fidelity Leasing**<br>**P.O. Box 8500**<br>**Philadelphia, PA**<br>**19178-9805** | | | | | | | 10,267.73 |

Schedule F Page 7

Subtotal
(Total of this page)                                                    **$57,725.96**

In re:  **Portivity, Inc.**                                           Case No.
        **88-0238203**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Fleet Leasing**<br>P.O. Box 371992<br>Pittsburgh, PA<br>15250-7992 | | | | | | | 2,300.39 |
| ACCOUNT NO.<br>**Fortune Magazine**<br>Time Life Building<br>Rockefeller Ctr.<br>New York, NY<br>10020 | | | | | | | 6,382.50 |
| ACCOUNT NO.<br>**Freshman Marantz &**<br>Orlanski Cooper & Klein<br>9100 Wilshire Blvd.<br>8th Floor East Tower<br>Beverly Hills, CA  90212 | | | | | | | 44,294.86 |
| ACCOUNT NO.  90131687703<br>**G. E. Capitol**<br>P.O. Box 3083<br>Cedar Rapids, IA<br>52406-3083 | | | | | | | 9,612.68 |
| ACCOUNT NO.<br>**G.E. Capitol**<br>Colonial Pacific Leasing<br>P.O. Box 200<br>Portland, OR<br>97208 | | | | | | | 37,534.02 |
| ACCOUNT NO.  54122<br>**HA LO**<br>Dept. 77-6277<br>Chicago, IL<br>60678-6277 | | | | | | | 166.21 |

Schedule F Page 8

Subtotal
(Total of this page)                          $100,290.66

In re:  **Portivity, Inc.**
        **88-0238203**

Case No.

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2715883<br><br>Harvard Collection Agenc<br>4839 N. Elston Ave.<br>Chicago, IL<br>60630-2534 | | | | | | | 138.17 |
| ACCOUNT NO.<br><br>HQ Austin (Littlefield)<br>106 E. 6th Street<br>Suite 900<br>Austin, TX<br>78701 | | | | | | | 4,346.61 |
| ACCOUNT NO.<br><br>HQ Business Centers<br>222 W. Las Colinas Blvd<br>Millennium Ctr Ste 1650<br>Irving, TX  75039 | | | | | | | 6,266.15 |
| ACCOUNT NO.  T1108590-SB<br><br>IC System<br>3068 E. Sunset Blvd<br>Suite 5<br>Las Vegas, NV<br>89120 | | | | | | | 138.17 |
| ACCOUNT NO.<br><br>IMI<br>2548 Zanker Road<br>San Jose, CA<br>95131-1127 | | | | | | | 5,745.70 |
| ACCOUNT NO.<br><br>Janet Smagala<br>12595 Water Lily Way<br>Reno, NV<br>89511 | | | | | | | 1,605.45 |

Schedule F Page 9

Subtotal
(Total of this page)

$18,240.25

In re:  **Portivity, Inc.**                                                Case No.
        88-0238203

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>JCP Print Media<br>218 Rutherford Ave<br>Redwood City, CA<br>94061 | | | | | | | 10,763.54 |
| ACCOUNT NO<br>Kindelberger Consulting<br>2180 Parliament Dr<br>Lawrenceville, GA<br>30043 | | | | | | | 9,950.00 |
| ACCOUNT NO.<br>Market Intelligence<br>3344 North Torrey Pines<br>La Jolla, CA<br>92037-1083 | | | | | | | 6,355.99 |
| ACCOUNT NO.<br>Mayflower Transit<br>Attn: Legal Dept<br>1 Premier Dr.<br>Fenton, MO<br>63026 | | | | | | | 6,177.50 |
| ACCOUNT NO.<br>McDonald Carano  Wilson<br>McCune Bergin Frankovich<br>& Hicks<br>P.O. Box 2670<br>Reno, NV  89505 | | | | | | | 1,092.56 |
| ACCOUNT NO.<br>McKesson Water Prod.<br>P.O. Box 7126<br>Pasadena, CA<br>91109-7126 | | | | | | | 215.80 |

Schedule F Page 10

Subtotal
(Total of this page)                          **$34,555.39**

In re:  **Portivity, Inc.**                                                    Case No.
        **88-0238203**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  207-08K00 | | | | | | | 1,312.50 |
| Merrill Lynch P.O. Box 9038 Sect:3B Princeton, NJ 08543-9038 | | | | | | | |
| ACCOUNT NO. | | | | | | | 26,983.80 |
| Meta Group P.O. Box 120061 Stamford, CT 06912-0061 | | | | | | | |
| ACCOUNT NO. | | | | | | | 3,815.26 |
| Metrocall AT&T Messenging P.O. Box 78215 Phoenix, AZ 85062 | | | | | | | |
| ACCOUNT NO. | | | | | | | 15,319.76 |
| Nevada Bell P.O. Box 10900 Reno, NV 89520-0008 | | | | | | | |
| ACCOUNT NO.  89519501 | | | | | | | 6,634.98 |
| Office Depot File 81901 Los Angeles, CA 90074-1901 | | | | | | | |
| ACCOUNT NO. | | | | | | | 6,634.98 |
| Omni Offices 2475 Northwinds Parkway One Northwinds Ctr Alpharetta, GA 30004 | | | | | | | |

Schedule F Page 11                                      Subtotal
                                                   (Total of this page)                    $60,701.28

In re:  **Portivity, Inc.**                                                                Case No.
88-0238203

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  252744 <br><br> **Oracle** <br> P.O. Box 44471 <br> San Francisco, CA <br> 94144-4471 | | | | | | | 1,281.64 |
| ACCOUNT NO.  107-007448 <br><br> **OSI Collection Services** <br> P.O. Box C-68965 <br> Seattle, WA <br> 98168-0965 | | | | | | | 3,815.26 |
| ACCOUNT NO.  **TSA** <br><br> **Overstreet Winn &** <br> **Edwards** <br> P.O. Box 2191 <br> Austin, TX <br> 78768 | | | | | | | 9,875.18 |
| ACCOUNT NO.  **REFS74874** <br><br> **Pacific Bell** <br> P.O. Box 78230 <br> San Francisco, CA <br> 94107 | | | | | | | 2,637.86 |
| ACCOUNT NO.  459 <br><br> **Pacific Office Center** <br> #223 Alliance <br> 18101 Von Karman Ave. <br> Ste. 350 <br> Irvine, CA  92612 | | | | | | | 3,127.84 |
| ACCOUNT NO.  **NR085** <br><br> **Pearce Leahy** <br> P.O. Box 65017 <br> Charlotte, NC <br> 28265-0017 | | | | | | | 32.48 |

Schedule F Page 12                                Subtotal
                                                  (Total of this page)        ➤           $20,770.26

In re:  **Portivity, Inc.**                                                          Case No.
        **88-0238203**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **15235975875**<br>**Pitney Bowes**<br>**N. 501 Riverpoint Blvd.**<br>**Suite 200**<br>**Spokane, WA**<br>**99202-1649** | | | | | | | 69.76 |
| ACCOUNT NO.<br>**Promotion Design Group**<br>**4255 Valley Fair Street**<br>**Suite 107**<br>**Simi Valley, CA**<br>**93063** | | | | | | | 1,157.21 |
| ACCOUNT NO.<br>**Residence Inn by Marriot**<br>**9845 Gateway Drive**<br>**Reno, NV**<br>**89511** | | | | | | | 6,532.01 |
| ACCOUNT NO.<br>**Robert Jameson**<br>**3602 Gleason Ave.**<br>**San Jose, CA**<br>**95130** | | | | | | | 9,169.89 |
| ACCOUNT NO.  **1158**<br>**Sierra Office Solutions**<br>**5301 Longley Lane**<br>**Suite 125**<br>**Reno, NV**<br>**89511** | | | | | | | 915.56 |
| ACCOUNT NO.  **01012894**<br>**Sierra Springs Water**<br>**P.O. Box 13798**<br>**Sacramento, CA**<br>**95853-4798** | | | | | | | 349.85 |

Schedule F Page 13

Subtotal
(Total of this page)

$18,194.28

In re:   **Portivity, Inc.**                                                                      Case No.
         **88-0238203**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **512 231-0272 460 0**<br>**Southwest Bell**<br>**Collection Division**<br>**P.O. Box 90245**<br>**Arlington, TX**<br>**76004** | | | | | | | 138.01 |
| ACCOUNT NO.   **64116633**<br>**Sun Microsystems**<br>**5500 Wayzata Blvd**<br>**Suite 725**<br>**Golden Valley, MN**<br>**55416-1244** | | | | | | | 808.81 |
| ACCOUNT NO.   **PORT00**<br>**T & R Communications**<br>**1411 So. Milpitas Blvd**<br>**Milpitas, CA**<br>**95035** | | | | | | | 10,934.49 |
| ACCOUNT NO.   **8791**<br>**Tara Systems & Services**<br>**1235 Commerce Road**<br>**Suite E**<br>**Morrow, GA**<br>**30260** | | | | | | | 5,579.74 |
| ACCOUNT NO.   **1050283**<br>**Tech Data**<br>**P.O. Box 6260**<br>**Clearwater, FL**<br>**33758** | | | | | | | 1,429.53 |
| ACCOUNT NO.   **TSA6968**<br>**Techinal & Scientific**<br>**Application, Inc.**<br>**2040 W. Sam Houston West**<br>**Houston, TX**<br>**77043** | | | | | | | 9,875.18 |

Schedule F Page 14                                          Subtotal<br>(Total of this page)                    $28,765.76

In re:  **Portivity, Inc.**
        **88-0238203**

Case No.

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    22097245<br>**Tektronix<br>500 North Central Expressway, Ste 500<br>Plano, TX<br>75074-6763** | | | | | | | 1.341.38 |
| ACCOUNT NO.    **Manifest Leasing**<br>**The Hunt Agency<br>457 State Street<br>Binghamton, NY<br>13901-2341** | | | | | | | 57.898.36 |
| ACCOUNT NO.<br>**The Manifest Group<br>100 E. Saratoga<br>Marshall, MN<br>56258-1714** | | | | | | | 57.898.36 |
| ACCOUNT NO.    906116<br>**The Weber Group<br>101 Main Street, 8th<br>Cambridge, MA<br>02142** | | | | | | | 23.549.19 |
| ACCOUNT NO.    0512537 001 6<br>**Unum Life<br>33222 Treasury Center<br>Chicago, IL<br>60694-3200<br>55369** | | | | | | | 3.836.18 |
| ACCOUNT NO.    0512537 001 6<br>**Unum Life<br>33222 Treasury Center<br>Chicago, IL<br>60694-3200** | | | | | | | 3.836.18 |

Schedule F Page 15

Subtotal
(Total of this page)

$148,359.65

In re:   **Portivity, Inc.**
         **88-0238203**

Case No.

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    14753-000 <br><br> **Wilson Sonsini Goodrich & Rosati** <br> **650 Page Mill Road** <br> **Palo Alto, CA** <br> **94304-1050** | | | | | | | 24,054.10 |

Schedule F Page 16

|  | | |
|---|---|---|
| Subtotal (Total of this page) | ⤳ | **$24,054.10** |
| Total | ⤳ | **$970,297.84** |

# United States Bankruptcy Court
## District of Nevada

In re: **Portivity, Inc.**
    **88-0238203**

Case No.

Chapter   **7**

## List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Stephen Harrison<br>9332 Greenwich Dr.<br>Huntington Beach, CA<br>92646-3526 | C | 3,601 | |
| Karyn Hartz<br>651 Hot Springs Rd, 246<br>Carson City, NV<br>89706-1667 | C | 24 | |
| Steve Hayes<br>Dean Witter IRA Customer<br>141 Via Trinita<br>Aptos, CA  95003-5846 | C | 7,004 | |
| David R. Hebrank<br>Theresa W. Hebrank<br>92 Farm Hill Rd.<br>Wallingford, CT<br>06492-3258 | C | 15,000 | |
| James Higby<br>25 River Road, # 8001<br>Wilton, CT<br>06897-4086 | C | 19,380 | |
| Pam Holden<br>P.O. Box 5734<br>Incline Village, NV<br>89450-5734 | C | 1,679 | |
| Barry J. Houlihan<br>Heather V. Houlihan<br>12670 W. 111th St.<br>Lemont, IL<br>60439-9327 | C | 20,000 | |
| Steven M. Hub<br>Jodee K. Hub<br>P.O. Box 3831<br>Incline Village, NV<br>89450-3831 | C | 1,795 | |
| | | | |

List of Equity Security Holders - Page 1

# United States Bankruptcy Court
## District of Nevada

In re: **Portivity, Inc.**
    **88-0238203**

Case No.

Chapter   **7**

## List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Steven M. Hub<br>Jodee K. Hub<br>P.O. Box 3831<br>Incline Village, NV<br>89450-5734 | C | 887 | |
| Charles F. Hub, Trustee<br>Loretta M. Hub, Trustee<br>8701 S. Kolb Rd #18-2511<br>Tucson, AZ<br>85706-9607 | C | 2,000 | |
| Phil Huber<br>61 South Peak<br>Laguna Niguel, CA<br>92677-2903 | C | 2,401 | |
| Frank Johnson<br>982 Knollwood Dr.<br>Newbury Park, CA<br>91320-5303 | C | 4,886 | |
| Horace W. Jordan, Jr.<br>1012 Campbell Ct.<br>Lake Bluff, IL<br>60044-1300 | C | 200 | |
| Edward Kalaydjian<br>2052 Hercules Dr.<br>Los Angeles, CA<br>90046-2015 | C | 710 | |
| Ken Kasajian<br>930 Tahoe Blvd, Ste. 802<br>Incline Village, NV<br>89451-9438 | C | 4,318 | |
| Jim Mellor<br>148 Milton St.<br>Brooklyn, NY<br>11222-2502 | C | 4,798 | |
| | | | |

List of Equity Security Holders - Page 2

# United States Bankruptcy Court
## District of Nevada

In re: **Portivity, Inc.**

**88-0238203**

Case No.

Chapter    **7**

## List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Richard E. Mellor<br>4040 Odile Ct.<br>Reno, NV 89511 | C | 51,760 | |
| Marco A. Mendez, Trustee<br>For Mendez 1992 Trust<br>25610 Frampton Court<br>Los Altos Hills, CA<br>94024-0000 | C | 150,000 | |
| Margo A. Mendez Trustee<br>to 10/14/92 Mendez Trust<br>25610 Frampton Court<br>Los Altos Hills, CA<br>94024-0000 | C | 150,000 | |
| Don L. Miller<br>3307 W. Kimberly Way<br>Phoenix, AZ 85027-6117 | C | 2,404 | |
| Don L. Miller<br>3307 W. Kimberly Way<br>Phoenix, AZ 85027-6117 | C | 2,404 | |
| Roy Molina<br>18818 Teller Ave<br>Suite 130<br>Irvine, CA<br>97215-1679 | C | 2,422 | |
| Rosemary E. Nebresky<br>610 W. Spear St.<br>Carson City, NV<br>89703-4116 | C | 50 | |
| Richard J Novak<br>Susan M. Novak<br>4761 Hells Bells Rd.<br>Carson City, NV<br>89701 | C | 2,970 | |
| Derek Oneill<br>6929 North Haden<br>Ste. C-4-269<br>Scottsdale, AZ<br>85250-7970 | C | 13,414 | |

List of Equity Security Holders - Page 3

# United States Bankruptcy Court
## District of Nevada

In re: **Portivity, Inc.**
**88-0238203**

Case No.
Chapter   **7**

## List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Rajesh B. Patel<br>Rena R. Patel<br>4858 D. Drake Apt. 3<br>Chicago, IL<br>60625-5610 | C | 200 | |
| Robert M. Perbohner<br>Julen M Perbohner<br>3191 Cherry Valley Rd<br>Crystal Lake, IL<br>60012 | C | 800 | |
| Daniel Pereyra<br>14100 Americh Rd<br>Los Gatos, CA<br>95032-6602 | C | 10,000 | |
| James R. Perkins<br>3630 Shukla Ct.<br>Walnut Cree, CA<br>94598-4671 | C | 40,000 | |
| Peter B. Pitsker<br>Polly D. Pitsker<br>Pitsker Revocable Trust<br>925 Vista Lago Way<br>Boulder City, CO 89005 | C | 20,290 | |
| Polly D. Pitsker<br>Peter B. Pitsker<br>Pitsker Revocable Trust<br>P.O. Box 81<br>Genoa, NV  89411 | C | 6,852 | |
| Fred Sequillion<br>Jenn Sequillion<br>4070 Silver Sage Rd.<br>Carson City, NV<br>89701-8510 | C | 3,223 | |
| Teresa Shearin<br>101 Trey Dr<br>Goldsboro, NC<br>27530-9086 | C | 250 | |
| | | | |

List of Equity Security Holders - Page 4

# United States Bankruptcy Court
## District of Nevada

In re: **Portivity, Inc.**
    **88-0238203**

Case No.

Chapter  **7**

## List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Steven R. Scheck<br>48 Richbell Rd<br>White Plains, NY<br>10605 | C | 40,000 | |
| Laura Shulman<br>Andrew Shulman<br>303 Springview Dr.<br>Carson City, NV<br>89701 | C | 1,184 | |
| Silver Mountain, Inc.<br>Attn: Merv Silberberg<br>120 Country Club Dr.<br>Incline Village, NV<br>89451-9331 | C | 5,000 | |
| Roger Sliva<br>1406 Nord Court<br>Gardnerville, NV<br>89410-8975 | C | 2,947 | |
| Dana M. Smith<br>2321 Del Norte<br>South Lake Tahoe, CA<br>96150-7220 | C | 106 | |
| Henry Smith<br>FBD Eric Smith<br>5629 Cortina Dr.<br>El Paso, TX<br>79912 | C | 8 | |
| Timothy Smith<br>17117 Chaise Ridge Rd<br>Chesterfield, MO<br>63005-4456 | C | 500 | |
| Bryan Speet<br>360 Stone Harbor<br>Holland, MI<br>49424-2645 | C | 2,200 | |
| | | | |

List of Equity Security Holders - Page 5

# United States Bankruptcy Court
## District of Nevada

In re: **Portivity, Inc.**
   **88-0238203**

Case No.

Chapter   **7**

## List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Julie D. Starkey<br>Richard E. Bissell<br>P.O. Box 641<br>East Liverpool, OH<br>43920-5641 | C | 650 | |
| Storm Ventures Fund<br>Tae Hea Nahm<br>c/o Venture Law Group<br>2800 Sand Hill Rd<br>Menlo Park, CA 94025 | C | 100,000 | |
| Jerome H. Streight<br>Delores C. Streight<br>3725 S. 96th St.<br>Omaha, NE<br>68124-3768 | C | 1,000 | |
| Cornelia A. Sulzer<br>Sulzer Family Trust<br>451 E. Strawberry Dr.<br>Mill Valley, CA<br>94941-3262 | C | 200,000 | |
| Bruce Tangowski<br>1120 Salem Ave<br>Hillside, NJ<br>07205-2835 | C | 10 | |
| Mi Ran Yoon<br>Joseph Yoon<br>7110 N. Keystone Ave.<br>Lincolnwood, IL 60646 | C | 400 | |
| Mark G. Zitny<br>14681 Berskshire Pl.<br>Tustin, CA  92680-6613 | C | 488 | |
| Robert Abbriano<br>28872 Glen Ridge<br>Mission Viejo, CA<br>92692-4305 | C | 2,401 | |
| | | | |

List of Equity Security Holders - Page 6

# United States Bankruptcy Court
## District of Nevada

In re: **Portivity, Inc.**
**88-0238203**

Case No.
Chapter    **7**

## List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Peter Adams<br>2681 Carriage Crest Dr.<br>Carson City, NV<br>89706 | C | 2,810 | |
| RBB Bank Aktiengesellsch<br>Burgring 16 8010<br>Graz, Australia | C | 250,000 | |
| Lindsey Alper<br>Steven Alper<br>11262 Rolling Hills Dr<br>El Cajon, CA<br>92020 | C | 250 | |
| Christopher Arbogast<br>987 Galaxy Way<br>Incline Village, NV<br>89451 | C | 33,241 | |
| Fred Arbogast<br>Nancy Arbogast<br>314 Summer Lane<br>Huddleston, VA<br>24104-3111 | C | 1,201 | |
| Geoffrey Arbogast<br>Kristy B. Arbogast<br>160 Fox Road<br>Media, PA<br>19063-4905 | C | 1,199 | |
| Scott Baker<br>1525 Bolero Dr.<br>Carson City, NV<br>89703 | C | 2,404 | |
| William A. Bernart<br>1325 Girard Ave<br>Wyonmissing, PA<br>19610-2419 | C | 421 | |
| | | | |

List of Equity Security Holders - Page 7

# United States Bankruptcy Court
## District of Nevada

In re: **Portivity, Inc.**
      **88-0238203**

Case No.
Chapter   **7**

## List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| David Berry<br>Angela Berry<br>5 S. 485 Beau Blen Dr.<br>Naperville, IL<br>60540-3707 | C | 500 | |
| David Bouchard<br>1730 Green Ash Rd<br>Reno, NV  89511 | C | 10,000 | |
| Jimmie J. Bratcher<br>135 W. Guffey<br>Carson City, NV<br>89704-9716 | C | 200 | |
| Lloyd F. Britton<br>1401 East Main Street<br>Carmi, IL  62821-2101 | C | 250 | |
| Jerry Brooks<br>930 Tahoe Blvd Ste 167<br>Incline Village, NV<br>89451-9451 | C | 6,688 | |
| Ronald Faith<br>Stella Faith<br>255 N. Road, Unit 204<br>Chelmsford, MA<br>01824-1446 | C | 90,580 | |
| Michael Feinstein<br>517 N. Circle<br>Itasca, IL<br>60143 | C | 200 | |
| Phillip F. Frink, Jr.<br>First Washington Corp<br>601 Union Street<br>Ste. 3003<br>Seattle, WA  98101 | C | 16,000 | |
| Karen C. Fussell<br>P.O. Box 639<br>Pine Level, NC<br>27568 | C | 250 | |

List of Equity Security Holders - Page 8

# United States Bankruptcy Court
## District of Nevada

In re: **Portivity, Inc.**
    **88-0238203**

Case No.
Chapter   **7**

## List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Carolyn J.A. Garneau<br>Craig O. Garneau<br>1936 Main St<br>Glastonbury, CT<br>06033-2944 | C | 1,199 | |
| Elizabeth Gasper<br>570 Piney Creek Rd<br>Reno, NV<br>89511 | C | 1,310 | |
| Eva G. Genaris<br>11 Quail Run<br>Tewksbury, MA<br>01876-1933 | C | 150 | |
| Mitchell R Gerdisch<br>Jeanne K. Gerdisch<br>419 W. Glen Rd<br>Naperville, IL<br>60565-6100 | C | 100 | |
| John Gerry<br>4734 Sonseeahray Dr.<br>Hubertus, WI<br>53033-9728 | C | 2,422 | |
| Filson Glanz<br>25 Orchard Dr.<br>Durham, NH<br>03824-2913 | C | 6,036 | |
| Michael Goldberg<br>P.O. Box 7326<br>Incline Village, NV<br>89452-7326 | C | 367 | |
| Patrick W. Grady<br>2816 Laguna Street<br>San Francisco, CA<br>94123-4209 | C | 680,000 | |
| | | | |

List of Equity Security Holders - Page 9

# United States Bankruptcy Court
## District of Nevada

In re: **Portivity, Inc.**
88-0238203

Case No.

Chapter   **7**

## List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Jason W. Hammond<br>3315 N. Estates St.<br>Flagstaff, AZ<br>86001-0939 | C | 481 | |
| Rollie E. Hammond<br>3239 W. Kristal Way<br>Phoenix, AZ<br>85027-4863 | C | 2,404 | |
| Robert T. Harder<br>Beatrice V. Harder<br>25 Vassar Lane<br>Hicksville, NY<br>11801-3409 | C | 750 | |
| Christopher M. Korinek<br>Paula K. Korinek<br>335 Ski Way #352<br>Incline Village, NV<br>89451-9203 | C | 3,034 | |
| Kevin Laird<br>12540 Braddock Apt. 213B<br>Marvista, CA<br>90066-6845 | C | 647 | |
| Edward E. Landis<br>Edith R. Landis<br>12234 Woodley Ave.<br>Granada Hills, CA  91344 | C | 500 | |
| Landis Family Trust<br>12234 Woodley Ave.<br>Granada Hills, CA<br>91344-2847 | C | 2,039 | |
| Michelle C. Laurie<br>P.O. Box 8003<br>Incline Village, NV<br>89452-8003 | C | 100 | |
| | | | |

List of Equity Security Holders - Page 10

# United States Bankruptcy Court
## District of Nevada

In re: **Portivity, Inc.**
   **88-0238203**

Case No.

Chapter   **7**

## List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| George J. Libricz<br>823 Hawthorne Rd.<br>Bethlehem, PA<br>18018-4343 | C | 500 | |
| Barbara A. Loos<br>1401 Westward Ho Pl<br>Sioux Falls, SD<br>57105-0155 | C | 481 | |
| Jenna M. Loos<br>7708 Winston<br>Des Moines, IA<br>50322-2571 | C | 722 | |
| Mike Loos<br>930 Tahoe Blvd. 802<br>Ste. 234<br>Incline Village, NV<br>89451-9438 | C | 962 | |
| Terry M. Malin<br>P.O. Box 25253<br>San Mateo, CA<br>94402-5253 | C | 250 | |
| Patricia Marcolongo<br>Charles Marcolongo<br>130 National Avenue<br>Langhorne, PA<br>19047-1610 | C | 120 | |
| Jeffrey C. Martin<br>P.O. Box 4493<br>Incline Village, NV<br>89450-4493 | C | 877 | |
| James A. Mc Cabe<br>Mary J. Mc Cabe<br>730730 Fair Oaks Ave.<br>Oak Park, IL  60302 | C | 250 | |
| | | | |

List of Equity Security Holders - Page 11

# United States Bankruptcy Court
## District of Nevada

In re: **Portivity, Inc.**
　　　**88-0238203**

Case No.

Chapter　**7**

## List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Cody McFarland<br>Monique McFarland<br>4574 B. S. Cimarron Cir.<br>Aurora, CO<br>80015 | C | 100 | |
| Charles McLaughlin<br>282 Hollywood Ave<br>Fairfield, NJ<br>07004-1354 | C | 20,000 | |
| Peter W. J. Stonebridge<br>Stonebridge Revocable Tr<br>529 Ponderosa Ave<br>Incline Village, NV<br>89451 | C | 950,000 | |
| Piombo & Mossing<br> A Partnerhship<br>9 Shelby Hill Lane<br>Danville, CA<br>94526 | C | 400 | |
| Amy F. Pitsker<br>P.O. Box 460093<br>San Francisco, CA<br>94146-0093 | C | 9,252 | |
| John E. A. Pitsker<br>31842 Aguacate Rd<br>San Juan Capistrano, CA<br>92675-3072 | C | 10,475 | |
| Paul B. Pitsker<br>3001 Glenn Ave<br>Santa Monica, CA<br>90405-5808 | C | 9,252 | |
| Peter D. Pitsker<br>15921 Belfast Lane<br>Huntington Beach, CA<br>92647 | C | 13,162 | |
| | | | |

List of Equity Security Holders - Page 12

# United States Bankruptcy Court
## District of Nevada

In re: **Portivity, Inc.**
**88-0238203**

Case No.

Chapter   **7**

## List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **Pitsker Limited Partners** **Peter & Polly Pitsker** **P.O. Box 81** **Genoa, NV** **89411-0081** | C | 100,000 | |
| Lee Rafner 13554 Hamlin St. Van Nuys, CA 91401-1709 | C | 2,399 | |
| David Reed 3650 Flora Vista Ave. Apt. 322 Santa Clara, CA 95051-3507 | C | 1,000 | |
| Dennis Rickard 826 Clarkston Dr. San Jose, CA 95136-1503 | C | 774 | |
| Harry A. Salzman Deborah R. Salzman 1425 Cedar Ridge Lane Colorado Springs, CO 80919-1407 | C | 20,000 | |
| James H. Schmidt Kim A. Schmidt 921 Jennifer St. Incline Village, NV 89451-8622 | C | 3,719 | |
| Robert W. Harrison Nancy A. Harrison 9332 Greenwich Dr. Huntington Beach, CA 926 | C | 4,801 | |
| Caroline Roden 3313 W. Krystal Way Phoenix, AZ 85027 | C | 2,882 | |
| | | | |

List of Equity Security Holders - Page 13

# United States Bankruptcy Court
## District of Nevada

In re: **Portivity, Inc.**
     **88-0238203**

Case No.

Chapter    **7**

## List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **Inderjit Rye**<br>**370 N. Civic Dr. 411**<br>**Walnut Creek, CA**<br>**94596-3650** | C | 774 | |
| **John E. Pitsker**<br>**31842 Aquacate Rd.**<br>**San Juan Capistrano, CA**<br>**92675-3072** | C | 10,475 | |
| **Paul B. Pitsker**<br>**3001 Glenn Ave**<br>**Santa Monica, CA**<br>**90405-5808** | C | 9,252 | |
| **Peter D. Pitsker**<br>**15921 Belfast Lane**<br>**Hungtinton Beach, CA**<br>**92647** | C | 13,162 | |
| **Pitsker L.P.**<br>**Peter and Polly Pitsker**<br>**P.O. Box 81**<br>**Genoa, NV**<br>**89411** | C | 100,000 | |
| **Lee Rafner**<br>**13554 Hamlin St.**<br>**Van Nuys, CA**<br>**91401** | C | 2,399 | |
| **David Reed**<br>**3650 Flora Vista Ave**<br>**Apt. 322**<br>**Santa Clara, CA**<br>**95051-3507** | C | 1,000 | |
| **Dennis Rickard**<br>**826 Clarkston Dr**<br>**San Jose, CA**<br>**95136-1503** | C | 225 | |
| | | | |

List of Equity Security Holders - Page 14

# United States Bankruptcy Court
## District of Nevada

In re:  **Portivity, Inc.**  
    **88-0238203**

Case No.  
Chapter  **7**

## List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Robert W. Harrison<br>Nancy Harrison<br>9332 Greenwich Dr.<br>Huntington Beach, CA<br>92646 | C | 4,801 | |
| Richard Timmins<br>12102 Oak Park Court<br>Los Altos Hills, CA<br>94022-5140 | C | 180,000 | |
| Roger W. Toller<br>P.O. Box 118<br>Orondo, WA<br>98843-0118 | C | 2,000 | |
| Jeffrey B. Walden<br>P.O. Box 4277<br>Incline Village, NV<br>89450-4277 | C | 2,370 | |
| Winifred Walters<br>913 Lilly Rd. NE A15<br>Olympia, WA<br>98506-6912 | C | 500 | |
| John H. Webley<br>16875 Coleman Valley<br>Occidental, CA<br>95465-9235 | C | 1,200,000 | |
| Sandra S. Wemple<br>233 Hawkeye Way<br>Springfield, IL<br>62707-5722 | C | 250 | |
| Deborah White<br>15672 Ebel Dr<br>Tustin, CA<br>92680-5005 | C | 245 | |
| | | | |

List of Equity Security Holders - Page 15

# United States Bankruptcy Court
## District of Nevada

In re: **Portivity, Inc.**
    **88-0238203**

Case No.

Chapter  **7**

## List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Janis Whitmyer<br>2340 Telluride Dr<br>Reno, NV<br>89511 | C | 388 | |
| Robert W. Wiedenhom<br>182 E. 95th St. Apt 27B<br>New York, NY<br>10128-2584 | C | 20,000 | |
| Tom A. Wong<br>530 C. Porpoise Terr.<br>Sunnyvale, CA<br>94089 | C | 1,000 | |
| Will Wood<br>4070 Silver Sage Dr.<br>Carson City, NV<br>89701 | C | 3,796 | |
| Robert W. Yazell<br>P.O. Box 2230<br>Nevada City, CA<br>95959-1944 | C | 250 | |
| Eugene F. Yeates<br>Nancy B. Yeates<br>8244 Amethyst Dr<br>Mclean, VA<br>22102-3923 | C | 500 | |
| Lu Yi-Ying<br>Tim Chan<br>Rm 602 12 Lane 1335 Xin<br>Jin An District Shanghai<br>Republic Of China | C | 2,800 | |
| Don Bucci<br>246 Eagle Point Rd<br>Kutztown, Pa<br>19530-9612 | C | 4,198 | |
| | | | |

List of Equity Security Holders - Page 16

# United States Bankruptcy Court
## District of Nevada

In re: **Portivity, Inc.**
**88-0238203**

Case No.

Chapter   **7**

## List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **Keith Buczynski**<br>**1208 Quincy Ct**<br>**Wheeling, IL**<br>**60090-2317** | C | 400 | |
| **Kris Buttenberg**<br>**Heidi Buttenberg**<br>**14180 Saddlebow Dr.**<br>**Reno, NV**<br>**89511** | C | 3,664 | |
| **Kimberly Cameron**<br>**P.O. Box 6232**<br>**Incline Village, NV**<br>**89450** | C | 1,039 | |
| **Kimberly Cameron**<br>**Richard Harrison**<br>**P.O. Box 6232**<br>**Incline Village, NV**<br>**89450** | C | 1,362 | |
| **Morgan Canfield**<br>**P.O. Box 6663**<br>**Incline Village, NV**<br>**89450** | C | 647 | |
| **Jeffrey Cannon**<br>**Lisa Cannon**<br>**7 Belcrest**<br>**Laguna Niguel, CA**<br>**92677-2940** | C | 1,000 | |
| **Paul Carlson**<br>**42 Jenkins**<br>**Lebanoh, NH**<br>**03766-2003** | C | 2,910 | |
| **Mike Carr**<br>**Waterville Lake Island**<br>**976 Waterville Rd**<br>**Oconomowok, WI**<br>**53066** | C | 9,597 | |
| | | | |

List of Equity Security Holders - Page 17

# United States Bankruptcy Court
## District of Nevada

In re: **Portivity, Inc.**
    **88-0238203**

Case No.

Chapter  **7**

## List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Paul Caruso<br>Barbra Caruso<br>202 Magnolia Ave<br>Piedmont, CA<br>94610 | C | 10,000 | |
| Tucker Anthony<br>FBO Mike Cavallo<br>43 Appleton St.<br>Cambridge, MA<br>02138-3357 | C | 29,145 | |
| Cede & Co<br>P.O. Box 20<br>Bowling Green Station<br>New York, NY<br>10004 | C | 4,540,667 | |
| Cellutech, Inc.<br>Attn: Eldon Hueber<br>565 Stonehedge Rd.<br>St. Charles, IL<br>60174 | C | 900 | |
| Nancy Cho<br>2663 Centenella Ave<br>Santa Monica, CA<br>90405 | C | 750 | |
| Joseph S. Choi<br>27 Willow Parkway<br>New Windsor, NY<br>12553-7311 | C | 1,000 | |
| Loren Churchman<br>2434 Anacapa St<br>Santa Barbara, CA<br>93105 | C | 2,407 | |
| Sheryl Cl,erico<br>P.O. Box 414<br>Virginia City, NV<br>89440 | C | 110 | |
| | | | |

List of Equity Security Holders - Page 18

# United States Bankruptcy Court
## District of Nevada

In re: **Portivity, Inc.**
**88-0238203**

Case No.

Chapter    **7**

## List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Kevin F. Deatker<br>Caroline A. Deaker<br>20 Bisenden Rd.<br>Croydon Surrey CRO 6U<br>United Kingdom | C | 1,500 | |
| Daniel DeGrazia<br>5117 RFD<br>Long Grove, IL<br>60047 | C | 584 | |
| Sarah Di Michele<br>141 North Chapel St.<br>Torrington, CT<br>06790-2913 | C | 2,417 | |
| Charles H. Dodd<br>15504 Williams Unit O<br>Tustin, CA<br>92680 | C | 488 | |
| Denel Dooling<br>544 Traina Dr.<br>Patterson, CA<br>95363-9792 | C | 100 | |
| Scott D. Druckenmiller<br>3628 Drifting Rd<br>Hellertown, PA<br>18055 | C | 6,436 | |
| Thomas Brndon Eilers<br>530 Cherry St.<br>Winnetka, IL<br>60093-2613 | C | 100 | |
| Ed Esber<br>13430 Country Way<br>Los Altos, CA<br>94022-2434 | C | 50,000 | |

List of Equity Security Holders - Page 19