**UNITED STATES BANKRUPTCY COURT**
**District of Nevada**

In re:  **Portivity, Inc.**
**88-0238203**

Case No. **99-33938**
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **5** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: 2/3/00

Signed: Jeffrey L. Hartman, Esq.
Bar No. 001607

Signed: Janet Smagala, Secretary

SCANNED

PORTIVITY, INC.
9790 GATEWAY DRIVE
SUITE 200
RENO, NV  89511

JEFFREY L. HARTMAN. ESQ.
HARTMAN & ARMSTRONG
427 WEST PLUMB LANE
RENO, NV  89509

A BETTER CONFERENCE
255 N. EL CIELO, STE. 26
PALM SPRINGS, CA  92262

ABD INSURANCE SERVICES
FILE NO 72487
P.O. BOX 6000
SAN FRANCISCO, CA
94160-2487

ACCORD
P.O. BOX 1529
PEARL RIVER, NY
10965-8529

ACCU WEATHER
385 SCIENCE PARK ROAD
STATE COLLEGE, PA
16803-2215

ADP PROXY SERVICES
P.O. BOX 23487
NEWARK, NJ
07189

AIRBORNE EXPRESS
P.O. BOX 91001
SEATTLE, WA
98111-9101

AIRWAYS FREIGHT
C/O SCOTT & GOLDMAN COLL
P.O. BOX 4607
ANAHEIM, CA
92803-4607

AJ BROWN
2160 PACIFIC AVE.
#3
SAN FRANCISCO, CA
94115

ALAN BROWN
2160 PACIFIC AVENUE #3
SAN FRANCISCO, CA
94115

ALPINE MINI STORAGE
P.O. BOX 7219
INCLINE VILLAGE, NV
89452

AMERICAN BANK NOTE
P.O. BOX 5457
NEW YORK, NY
10087-5457

AMERICAN EXPRESS
P.O. BOX 0001
LOS ANGELES, CA
90096-0001

AT&T
P.O. BOX 7330
MESA, AZ
85216

AT&T CORP (THRIFTY)
AMERICAN BUREAU OF
COLLECTIONS
1100 MAIN ST
BUFFALO, NY 14209

AT&T WIRELESS
P.O. BOX 219
PORTLAND, OR
97207-0219

ATLAS VAN LINES
P.O. BOX 509
EVANSVILLE, IN
47703-0509

ADP
3300 OLCOTT STREET
SANTA CLARA, CA
95054

AV IMAGES
6285 S. VALLEY VIEW BLVD
SUITE G
LAS VEGAS, NV
89118

BOFORS
2090 SOUTH DELAWARE ST.
SAN MATEO, CA
94403-1427

BOWNE OF LOS ANGELES
DEPARTMENT 0197
LOS ANGELES, CA
90084-0197

BROADBROOK ASSOCIATES
163 W. HILLSDALE BLVD
SAN MATEO, CA
94403-4215

BRUCE TANGOWSKI
C/O MIRANDA DU, ESQ.
MCDONALD CARANO ET AL
P.O. BOX 2670
RENO, NV  89505

BURGARELLO ALARM
P.O. BOX 2883
SPARKS, NV
89432

CARSON CITY UTILITIES
ATTN: TREASURER'S OFFICE
201 W. CARSON ST.
CARSON CITY, NV
89701

CASEY'S OFFICE MOVING
  SERVICES
1900 THIRD ST.
SAN FRANCISCO, CA
94107

CHASE MELLON
ACCOUNTING DEPARTMENT
P.O. BOX 360857
PITTSBURGH, PA
15251-6857

CHRIS CARTER
7910 N. MACARTHUR
APT. 2028
IRVING, TX
75063

G.E. CAPITOL
COLONIAL PACIFIC LEASING
P.O. BOX 200
PORTLAND, OR
97208

**AMENDED**

COMMONWEALTH OF PA
EMPLOYER TAX OPERATIONS
P.O. BOX 60127
HARRISBURG, PA
17106-0127

CONCENTRIC NETWORK
1400 PARKMOOR AVE
SAN JOSE, CA
95126-3429

CONNETICUT SURETY GROUP
CITY PLACE II, 15TH FLOO
185 ASYLUM ST.
HARTFORD, CT
06103-3403

CT CORP SYSTEM
P.O. BOX 4349
CAROL STREAM, IL
60197-4349

CUSIP SERVICE BUREAU
P.O. BOX 11326
NEW YORK, NY
10277

CYCLONICS
P.O. BOX 527
MEDINA, OH
44256

DAVID R. BOUCHARD
1730 GREEN ASH BLVD.
RENO, NV  89511

DAVIS FANSLER
112 SNOWFIELD DRIVE
TELLURIDE, CO
81435

DCI DIGITAL CONSULTING
204 ANDOVER STREET
ANDOVER, MA
01810

DELUXE BUSINESS FORMS
P.O. BOX 64500
ST. PAUL, MN
55164-0500

DEPOSITORY TRUST CO
55 WATER STREET
NEW YORK, NY
10041

DEPT OF MOTOR VEHICLES
REGISTRATION DIVISION
555 WRIGHT WAY
CARSON CITY, NV
89711-0259

DEPT. OF TAXATION
BANKRUPTCY DIVISION
555 E. WASHINGTON #1300
LAS VEGAS, NV
89501

DIGITAL DELI
300 MONTGOMERY ST.
STE. 201
SAN FRANCISCO, CA
94104

DOCUMENTAM
6801 KOLL CENTER PRKWY
PLEASANTON, CA
94566-3145

DON'S MAINTENANCE
5720 CONTE DR.
CARSON CITY, NV
89701

DSI TECHNOLOGY
9555 CHESAPEAKE DR.
SUITE 200
SAN DIEGO, CA
92123

ECHELON EXECUTIVE STES
9430 RESEARCH BLVD
SUITE 400
AUSTIN, TX
78759

ELITE CARGO SYSTEMS
C/O D & B COLLECTIONS
P.O. BOX 318023
INDEPENDENCE, OH
44131-8023

EMPLOYERS INSURANCE
OF NV
504 E. MUSSER ST, STE 9
CARSON CITY, NV
89701

EMPLOYERS INSURANCE NV
515 E. MUSSER
CARSON CITY, NV  89710

ERNST & YOUNG
200 S. VIRGINIA ST.
SUITE 250
RENO, NV  89501

EUROCOLOR CORP.
FILE NO: 72607
P.O. BOX 60000
SAN FRANCISCO, CA
94160-2607

FEDERAL EXPRESS
P.O. BOX 1140
MEMPHIS, TN
38101-1140

FIDELITY LEASING
BEESLEY & PECK
5011 MEADOWOOD MALL WAY
SUITE 300
RENO, NV 89502

FIDELITY LEASING
P.O. BOX 8500
PHILADELPHIA, PA
19178-9805

FLEET LEASING
P.O. BOX 371992
PITTSBURGH, PA
15250-7992

FORTUNE MAGAZINE
TIME LIFE BUILDING
ROCKEFELLER CTR.
NEW YORK, NY
10020

FRESHMAN MARANTZ &
ORLANSKI COOPER & KLEIN
9100 WILSHIRE BLVD.
8TH FLOOR EAST TOWER
BEVERLY HILLS, CA  90212

G. E. CAPITOL
P.O. BOX 3083
CEDAR RAPIDS, IA
52406-3083

GEORGE GOULD
118 COMMON WEALTH AVE.
SAN FRANCISCO, CA
94118

HA LO
DEPT. 77-6277
CHICAGO, IL
60678-6277

HARVARD COLLECTION AGENC
4839 N. ELSTON AVE.
CHICAGO, IL
60630-2534

PATRICIA ANGULO
4790 MINDEN CHASE
ALPHARETTA, GA
30022

HQ AUSTIN (LITTLEFIELD)
106 E. 6TH STREET
SUITE 900
AUSTIN, TX
78701

HQ BUSINESS CENTERS
222 W. LAS COLINAS BLVD
MILLENNIUM CTR STE 1650
IRVING, TX  75039

IC SYSTEM
3068 E. SUNSET BLVD
SUITE 5
LAS VEGAS, NV
89120

IMI
2548 ZANKER ROAD
SAN JOSE, CA
95131-1127

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES
4750 W. OAKLEY ST.
LAS VEGAS, NV
89102

JANET SMAGALA
12595 WATER LILY WAY
RENO, NV
89511

JCP PRINT MEDIA
218 RUTHERFORD AVE
REDWOOD CITY, CA
94061

JEFFREY MARTIN
P. O. BOX 4493
INCLINE VILLAGE, NV
89450

JOHN CROUCH
1240 PARKINSON AVE
PALO ALTO, CA
94301

JOHN MORETON
407 DEVONSHIRE ROAD
BARRINGTON, IL  60010

JOHN PRYOR

JOHN WEBLEY
16875 COLEMAN VALLEY RD
OCCIDENTAL, CA  95465

KEN KERTZ
28171 LAS BRISAS
DEL MAR
SAN JUAN CAPISTRA, CA
92675

KINDELBERGER CONSULTING
2180 PARLIAMENT DR
LAWRENCEVILLE, GA
30043

MARKET INTELLIGIENCE
3344 NORTH TORREY PINES
LA JOLLA, CA
92037-1083

MAYFLOWER TRANSIT
ATTN: LEGAL DEPT
1 PREMIER DR.
FENTON, MO
63026

MCDONALD CARANO  WILSON
MCCUNE BERGIN FRANKOVICH
& HICKS
P.O. BOX 2670
RENO, NV  89505

MCKESSON WATER PROD.
P.O. BOX 7126
PASADENA, CA
91109-7126

MERRILL LYNCH
P.O. BOX 9038 SECT:3B
PRINCETON, NJ
08543-9038

META GROUP
P.O. BOX 120061
STAMFORD, CT
06912-0061

METROCALL
AT&T MESSENGING
P.O. BOX 78215
PHOENIX, AZ
85062

MICHAEL BURNS
5108 STAPLEHURST LANE
WOODSTOCK, GA
30189

MICHAEL CHANG
1440 BORADWAY #106
SAN FRANCISCO, CA
94109

MICHAEL HANLEY
3114 CLAY STREET #6
SAN FRANCISCO, CA
94115

MICHAEL STEWART
52 ALIZE DRIVE
KINNELON, NJ
07405

NEVADA BELL
P.O. BOX 10900
RENO, NV
89520-0008

| | | |
|---|---|---|
| NEVADA LABOR COMMISSION<br>1445 HOT SPRINGS 108<br>CARSON CITY, NV<br>89710 | PHIL LEHMAN<br>335 DOLPHIN ISLE<br>FOSTER CITY, CA<br>94404 | STATE OF NEVADA<br>EMPLOYMENT SECURITY<br>POLICY HOLDERS<br>555 WRIGHT WAY<br>CARSON CITY, NV  89711 |
| OFFICE DEPOT<br>FILE 81901<br>LOS ANGELES, CA<br>90074-1901 | PITNEY BOWES<br>N. 501 RIVERPOINT BLVD.<br>SUITE 200<br>SPOKANE, WA<br>99202-1649 | SUN MICROSYSTEMS<br>5500 WAYZATA BLVD<br>SUITE 725<br>GOLDEN VALLEY, MN<br>55416-1244 |
| OMNI OFFICES<br>2475 NORTHWINDS PARKWAY<br>ONE NORTHWINDS CTR<br>ALPHARETTA, GA<br>30004 | PROMOTION DESIGN GROUP<br>4255 VALLEY FAIR STREET<br>SUITE 107<br>SIMI VALLEY, CA<br>93063 | T & R COMMUNICATIONS<br>1411 SO. MILPITAS BLVD<br>MILPITAS, CA<br>95035 |
| ORACLE<br>P.O. BOX 44471<br>SAN FRANCISCO, CA<br>94144-4471 | RESIDENCE INN BY MARRIOT<br>9845 GATEWAY DRIVE<br>RENO, NV<br>89511 | TARA SYSTEMS & SERVICES<br>1235 COMMERCE ROAD<br>SUITE E<br>MORROW, GA<br>30260 |
| OSI COLLECTION SERVICES<br>P.O. BOX C-68965<br>SEATTLE, WA<br>98168-0965 | ROBERT JAMESON<br>3602 GLEASON AVE.<br>SAN JOSE, CA<br>95130 | TECH DATA<br>P.O. BOX 6260<br>CLEARWATER, FL<br>33758 |
| OVERSTREET WINN &<br>EDWARDS<br>P.O. BOX 2191<br>AUSTIN, TX<br>78768 | ROBERT MURRAY<br>411 ROSELYN PLACE<br>BARRINGTON, IL<br>60010 | TECHINAL & SCIENTIFIC<br>APPLICATION, INC.<br>2040 W. SAM HOUSTON WEST<br>HOUSTON, TX<br>77043 |
| PACIFIC BELL<br>P.O. BOX 78230<br>SAN FRANCISCO, CA<br>94107 | SCOTT DRUCKENMILLER<br>3628 DRIFTING ROAD<br>HELLERTOWN, PA<br>18055 | TEDDI CONVERSE<br>P.O. BOX 3133<br>INCLINE VILLAGE, NV<br>89450 |
| PACIFIC OFFICE CENTER<br>#223 ALLIANCE<br>18101 VON KARMAN AVE.<br>STE. 350<br>IRVINE, CA  92612 | SIERRA OFFICE SOLUTIONS<br>5301 LONGLEY LANE<br>SUITE 125<br>RENO, NV<br>89511 | TEKTRONIX<br>500 NORTH CENTRAL<br>EXPRESSWAY, STE 500<br>PLANO, TX<br>75074-6763 |
| PATRICK GRADY<br>2816 LAGUNA<br>SAN FRANCISCO, CA<br>94123 | SIERRA SPRINGS WATER<br>P.O. BOX 13798<br>SACRAMENTO, CA<br>95853-4798 | THE HUNT AGENCY<br>457 STATE STREET<br>BINGHAMTON, NY<br>13901-2341 |
| PEARCE LEAHY<br>P.O. BOX 65017<br>CHARLOTTE, NC<br>28265-0017 | SOUTHWEST BELL<br>COLLECTION DIVISION<br>P.O. BOX 90245<br>ARLINGTON, TX<br>76004 | THE MANIFEST GROUP<br>100 E. SARATOGA<br>MARSHALL, MN<br>56258-1714 |

```
THE WEBER GROUP                    WILSON SONSINI GOODRICH
101 MAIN STREET, 8TH               & ROSATI
CAMBRIDGE, MA                      650 PAGE MILL ROAD
02142                              PALO ALTO, CA
                                   94304-1050


THOMAS MESCALL                     WU FU CHEN
475 BUCKHEAD AVE N.E.
#1311
ATLANTA, GA
30305


TRACEY FULLER
105 W. MINISTER VILL
SHARPSBURG, GA
30277


U.S. TRUSTEES OFFICE
300 BOOTH ST. RM2129
RENO, NV   89509


UNUM LIFE
33222 TREASURY CENTER
CHICAGO, IL
60694-3200


UNUM LIFE
33222 TREASURY CENTER
CHICAGO, IL
60694-3200
55369


VIVIANA AEDO
3119 MONTEREY ST.
SAN MATEO, CA
94403


WILLIAM AKERSON
4600 SETON CTR PRKWAY
#122
AUSTIN, TX
78759


WILLIAM HANLEY III
1018 STRATFORD HALL
INDIANAPOLIS, IN
46260


WILLIAM HANLEY, JR.
1018 STRATFORD HALL
INDIANAPOLIS, IN
46260
```