

MARTINEC, WINN, VICKERS & BYNUM, P. C.
ATTORNEYS AT LAW

LEE VICKERS

100 CONGRESS AVENUE, SUITE 1050
AUSTIN, TEXAS 78701

TELEPHONE (512) 476-0750
TELECOPIER (512) 476-0753
EMAIL LVickers@e-bylaw.com



RECEIVED AND FILED
01 MAY 14  PM 3: 4
BANKRUPTCY
RAY, CLE

May 9, 2001

United States Bankruptcy Court Clerk
300 Booth Street, Room 1109
Reno, Nevada 89609

    Re:    Case No. BK-N-99-33938-GWZ, <u>Portivity, Inc., fka Borealis Technology Corp. vs. David R. Bouchard and Rebecca A. Bouchard</u>, Chapter 7

Dear Sir/Madam:

    Please be advised that Lee Vickers, counsel for Technical & Scientific Application, Inc., a creditor in this case, has moved to:

> Martinec, Winn, Vickers & Bynum, P.C.
> 100 Congress Avenue, Suite 1050
> Austin, Texas 78701
> Telephone: 512-476-0750
> Fax: 512-476-0753

    Please change your records to reflect this change. Should you have any questions, please call me.

Sincerely,

Lee Vickers

cc:    Woodburn and Wedge

*LV\ds\TSA-NevadaBankruptClrk.Name.Address Change.ltr*