ANGELIQUE CLARK, TRUSTEE
P O Box 50070
SPARKS, NV  89435
Telephone: (775) 626-7083

Trustee in Bankruptcy

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 99-33938 GWZ |
| PORTIVITY, INC | Chapter 7 |
| _____ Debtor(s) | TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND REIMBURSEMENT |

The undersigned Trustee of the above-entitled estate hereby files this Trustee's Final Report, and declares as follows:

1. <u>Introduction.</u>  The petition commencing this case was filed on 12/30/99, the undersigned was appointed Trustee  at the time of filing, and the 11 U.S.C. § 341(a) meeting was held on 02/03/00.  The amount of the Trustee's blanket bond is $4,000,000.00 with an individual case limit of $4,000,000.00.

2. <u>Disposition of Assets.</u>  All assets of the debtor(s) have been reduced to cash, released to the debtor(s) as exempt property, abandoned pursuant to 11 U.S.C. § 554(a) or (b), or will be abandoned pursuant to § 554(c).  An accounting of the disposition of all property is attached hereto as U.S.T. FORM I (Individual Estate Property Record).

3. <u>Receipts and Disbursements.</u>  An itemized statement of the Trustee's receipts and disbursements showing total receipts of $31,567.72, disbursements of $17,854.00 and balance of funds on hand of $13,713.72, is attached hereto as U.S.T. FORM II (Estate Cash Receipts and Disbursements Record) together with bank statements and canceled checks, if required by the Court.

4. <u>Claims.</u>  The bar date for the filing of claims has now passed, see attached Court Notice.  All claims filed have been examined and all objections made by the Trustee or others have been determined by the Court or settled by the parties.  To the Extent applicable, see attached claims register and attached agreement evidencing such settlement.

5. <u>Trustee's Fees and Expenses.</u>  That pursuant to 11 U.S.C. § 330(a) and 326(a), the Trustee's compensation has been computed as follows:

| | | | |
|---|---|---|---|
| | $          31,567.72 | 25% of First $5,000 | $     1,250.00 |
| Less | -5,000.00 | ($1,250 Maximum) | |
| Balance | $          26,567.72 | 10% of Next $45,000 | $     2,656.77 |
| Less | -45,000.00 | ($4,500 Maximum) | |

| | | | | |
|---|---|---|---|---|
| Balance | $ | 0.00 | 5% of Next $950,000 | $ 0.00 |
| Less | | -950,000.00 | ($47,500 Maximum) | |
| Balance | $ | 0.00 | 3% of Balance | $ 0.00 |
| Total Compensation requested | | . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $ 3,906.77 |

I have received $0.00 of this total as interim compensation, and now request $3,906.77 as my final compensation.

In addition, reimbursement of reasonable and necessary expenses incurred is requested as follows:

| | |
|---|---|
| Premium on Trustee's bond . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 |
| Necessary travel (0 miles @0.0 cents/mile) . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 |
| Necessary copies (1,043 @25.0 cents/copy) . . . . . . . . . . . . . . . . . . . . | $ 260.75 |
| Postage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 104.34 |
| Telephone charges . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 |
| Clerical/secretarial staff (0.0 hrs @ $0.00/hr) . . . . . . . . . . . . . . . . . . . . | $ 0.00 |
| Paralegal staff(0.0 hrs @ $0.00/hr) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 |
| Supplies/stationary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 14.00 |
| Distribution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 |
| Professional . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 |
| Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 18.00 |
| Total Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 397.09 |

A statement of services rendered is attached.

The estate has been charged $397.09 of this total. I have received $0.00 of this total as interim reimbursement, and now request $397.09 as my final reimbursement.

6. Professional(s) Fees and Expenses.
Pursuant to 11 U.S.C. § 330(a), LIGHTNING AUCTIONS, had been employed by the estate to provide auctioneer services. LIGHTNING AUCTIONS has received $624.89 as, a copy of the Court Order is attached hereto.

Pursuant to 11 U.S.C. § 330(a), JOHN RAND, CPA, had been employed by the estate to provide accounting services. JOHN RAND, CPA has received $1,016.00 as his(her) final compensation, a copy of the Court Order is attached hereto.

Pursuant to 11 U.S.C. § 330(a), DiPETRO and THORNTON, had been employed by the estate to provide accounting services. DiPETRO and THORNTON has received $1,370.00 as final compensation, a copy of the Court Order is attached hereto.

Pursuant to 11 U.S.C. § 330(a), BELDING, HARRIS & PETRONI, had been employed by the estate to provide legal services. BELDING, HARRIS & PETRONI has received $2,283.50 as final compensation, a copy of the Court Order is attached hereto.

Pursuant to 11 U.S.C. § 330(a), WOODBURN & WEDGE, had been employed by the estate to provide legal services. WOODBURN & WEDGE has received $11,500.00 as final compensation, a copy of the Court Order is attached hereto.

7. After deduction of the Trustee's request for compensation and reimbursement of reasonable and necessary expenses (or proration thereof), the remaining balance on hand should be disbursed in accordance with 11 U.S.C. § 726 and § 507 as follows: administrative expenses (not previously disbursed), secured claims, unsecured priority claims, and unsecured non-priority

claims. Attached as Exhibit A-1 is the trustee's proposed distribution, which is provided for informational purposes only.

I certify under penalty of perjury that the foregoing is true and correct and that I have no agreement or understanding, expressed or implied, with anyone whatsoever as to any division of fees in the above matter.

I request that the United State Trustee approve this report and further request that the Court provide notice and an opportunity for a hearing under 11 U.S.C. § 330(a), 502(b), and 503(b) and to thereafter award final compensation, reimbursement of expenses, administrative expenses and other payments as stated in this report.

Date  July 10, 2004                          /s/ Angelique Clark
                                             ANGELIQUE CLARK, TRUSTEE
                                             Trustee

---

## REVIEW BY UNITED STATES TRUSTEE

The United States Trustee has reviewed the foregoing TRUSTEE'S FINAL REPORT.

                                   Office of the United States Trustee

                                   By:    /s/ Kristine Kinne
                                          Kristine Kinne

Printed: 07/10/04 02:56 PM

# Claims Distribution Register

## Case: 99-33938   PORTIVITY, INC

Page: 1

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 6 | 02/23/00 | 800 | FIDELITY LEASING | 10,267.73 | 10,267.73 | 0.00 | 10,267.73 | 0.00 |
| | | | <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)> | | | | | |
| 30 | 03/30/00 | 800 | PORTER, DARRELL<br>5438 S.  LOLA WAY<br>ENGLEWOOD, CO 80111 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)> | | | | | |
| 37 | 05/03/00 | 800 | FRANSLER, DAVIS<br>C/O NELS R. NELSON.,ESQ<br>400 HAMILTON AVE.<br>PALO ALTO, CA 94301 | 108,441.54 | 108,441.54 | 0.00 | 108,441.54 | 0.00 |
| | | | <4220-00   Pers. Prop. & Intangibles--Nonconsensual Liens (judgements, storage liens)> | | | | | |
| 38 | 05/03/00 | 800 | HANLEY, MICHAEL<br>P.O. BOX 1123<br>BOCA GRANDE, FL 33921 | 1,073,014.00 | 1,073,014.00 | 0.00 | 1,073,014.00 | 0.00 |
| | | | <4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)> | | | | | |
| 39 | 05/03/00 | 800 | HANLEY, MICHAEL<br>C/O NELS NELSON, ESQ.<br>400 HAMLITON AVENUE<br>PALO ALTO, CA 94301 | 240,903.00 | 240,903.00 | 0.00 | 240,903.00 | 0.00 |
| | | | <4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)> | | | | | |
| 41 | 05/04/00 | 800 | HANLEY, WILLIAM A<br>P.O. BOX 1123<br>BOCA GRANDE, FL 33921 | 5,755.55 | 5,755.55 | 0.00 | 5,755.55 | 0.00 |
| | | | <4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)> | | | | | |
| 43 | 05/04/00 | 800 | HANLEY, WILLIAM A.<br>P.O. BOX 1123<br>BOCA GRANDE, FL 33921 | 265,000.00 | 265,000.00 | 0.00 | 265,000.00 | 0.00 |
| | | | <4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)> | | | | | |
| 44 | 05/04/00 | 800 | PRYOR, JOHN<br>P.O. BOX 1618<br>TELLURIDE, CO 81435 | 109,134.00 | 109,134.00 | 0.00 | 109,134.00 | 0.00 |
| | | | <4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)> | | | | | |
| 48 | 06/08/00 | 800 | HANLEY, WILLIAM A.<br>P.O. BOX 1123<br>BOCA GRANDE, FL 33921 | 265,000.00 | 265,000.00 | 0.00 | 265,000.00 | 0.00 |
| | | | <4220-00   Pers. Prop. & Intangibles--Nonconsensual Liens (judgements, storage liens)> | | | | | |
| | | | **Total for Priority 800:    0% Paid** | **$2,077,515.82** | **$2,077,515.82** | **$0.00** | **$2,077,515.82** | **$0.00** |
| | | | **Total for Secured Claims:** | **$2,077,515.82** | **$2,077,515.82** | **$0.00** | **$2,077,515.82** | **$0.00** |

Printed:  07/10/04 02:56 PM              **Claims Distribution Register**                    Page: 2

**Case:  99-33938    PORTIVITY, INC**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 12/30/99 | 200 | CLARK, ANGELIQUE L. 7289 SILVER KING DR. SPARKS, NV 89436 <2200-00  Trustee Expenses> | 397.09 | 397.09 | 0.00 | 397.09 | 397.09 |
| | 12/30/99 | 200 | CLARK, ANGELIQUE L. <2100-00  Trustee Compensation> | 3,906.77 | 3,906.77 | 0.00 | 3,906.77 | 3,906.77 |
| | 12/30/99 | 200 | INTERNATIONAL SURETIES 210 BARONNE ST STE 1700 NEW ORLEANS, LA 70112 <2300-00  Bond Payments> | 32.91 | 32.91 | 32.91 | 0.00 | 0.00 |
| | 12/30/99 | 200 | LIGHTNING AUCTIONS 870 S. ROCK SPARKS, NV 89431 <3610-00  Auctioneer for Trustee Fees (including buyers premiums)> | 624.89 | 624.89 | 624.89 | 0.00 | 0.00 |
| | 12/30/99 | 200 | ARTHUR B. LEVINE-PREMIUM ACCOUNT <2300-00  Bond Payments> | 12.80 | 12.80 | 12.80 | 0.00 | 0.00 |
| | 12/30/99 | 200 | MOUNT ROSE MINI-STORAGE <2410-00  Admin. Rent (post-petition storage fees, leases, etc.)> | 481.90 | 481.90 | 481.90 | 0.00 | 0.00 |
| | 12/30/99 | 200 | ADP ADP INVESTOR COMMUNICATIONS SERVICES ATTN: LARRY SZABO 51 MERCEDES DRIVE EDGEWOOD, NY 11711 <2990-00  Other Chapter 7 Administrative Expenses> | 532.00 | 532.00 | 532.00 | 0.00 | 0.00 |
| | 12/30/99 | 200 | JOHN RAND, CPA 1325 AIRMOTIVE WAY SUITE 125 RENO, NV 89502 <3410-00  Accountant for Trustee Fees (Other Firm)> | 1,016.00 | 1,016.00 | 1,016.00 | 0.00 | 0.00 |
| | 12/30/99 | 200 | DIPIETRO & THORTON <2990-00  Other Chapter 7 Administrative Expenses> | 1,370.00 | 1,370.00 | 1,370.00 | 0.00 | 0.00 |
| | 12/30/99 | 200 | BELDING, HARRIS & PETRONI <3110-00  Attorney for Trustee Fees (Trustee Firm)> | 2,283.50 | 2,283.50 | 2,283.50 | 0.00 | 0.00 |
| | 12/30/99 | 200 | WOODBURN & WEDGE <3110-00  Attorney for Trustee Fees (Trustee Firm)> | 11,500.00 | 11,500.00 | 11,500.00 | 0.00 | 0.00 |
| | | | **Total for Priority 200:   100% Paid** | **$22,157.86** | **$22,157.86** | **$17,854.00** | **$4,303.86** | **$4,303.86** |
| | | | **Total for Admin Ch. 7 Claims:** | **$22,157.86** | **$22,157.86** | **$17,854.00** | **$4,303.86** | **$4,303.86** |

Printed:  07/10/04 02:56 PM

# Claims Distribution Register

Page: 3

## Case:  99-33938    PORTIVITY, INC

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Priority Claims:** | | | | | | | | |
| 2 | 01/20/00 | 510 | DONOVAN, KIM<br>2244 GREENBRAE DR<br>APT. #29<br>SPARKS, NV 89431<br><5300-00  Wages--§ 507(a)(3)> | 1,188.00 | 1,188.00 | 0.00 | 1,188.00 | 505.16 |
| 7 | 02/24/00 | 510 | JAMESON, ROBERT<br>3602 GLEASON AVE.<br>SAN JOSE, CA 95130<br><5300-00  Wages--§ 507(a)(3)> | 4,300.00 | 4,300.00 | 0.00 | 4,300.00 | 1,828.44 |
| 14 | 03/01/00 | 510 | CIERICO, SHERYL<br>P.O. BOX 414<br>VIRGINIA CITY, NV 89440<br><5300-00  Wages--§ 507(a)(3)> | 4,300.00 | 4,300.00 | 0.00 | 4,300.00 | 1,828.44 |
| 16 | 03/02/00 | 510 | DRUCKENMILLER, SCOTT D<br>3628 DRIFTING DR.<br>HELLERTOWN, PA 18055<br><5300-00  Wages--§ 507(a)(3)> | 6,878.88 | 3,741.44 | 0.00 | 3,741.44 | 1,590.94 |
| 25 | 03/21/00 | 510 | KORINEK, CHRISTOPHER M.<br>335 SKI WAY<br>#352<br>INCLINE VILLAGE, NV 89451<br><5300-00  Wages--§ 507(a)(3)> | 4,300.00 | 4,300.00 | 0.00 | 4,300.00 | 1,828.44 |
| 36 | 05/01/00 | 510 | BOTTENBERG, KRIS<br>14180 SADDLEBOW DR.<br>RENO, NV 89511<br><5300-00  Wages--§ 507(a)(3)> | 4,300.00 | 4,300.00 | 0.00 | 4,300.00 | 1,828.44 |
| | | | **Total for Priority 510:    42.52191% Paid** | **$25,266.88** | **$22,129.44** | **$0.00** | **$22,129.44** | **$9,409.86** |
| 3 | 02/03/00 | 520 | GREAT WEST LIFE & ANNUNITY INS. CO<br>8515 EASE ORCHARD ROAD<br>ATTN: JAMES L. RAIRDON, 7T2<br>ENGLEWOOD, CO 80111<br><5400-00  Contributions to Employee Benefit Plans--§ 507(a)(4)> | 17,259.98 | 17,259.98 | 0.00 | 17,259.98 | 0.00 |
| 51 | 10/13/00 | 520 | STATE OF NV DEPARTMENT OF EMPLOYMENT<br>1340 S. CURRY ST<br>CARSON CITY, NV 89710<br><5400-00  Contributions to Employee Benefit Plans--§ 507(a)(4)> | 13,749.00 | 13,749.00 | 0.00 | 13,749.00 | 0.00 |
| | | | **Total for Priority 520:    0% Paid** | **$31,008.98** | **$31,008.98** | **$0.00** | **$31,008.98** | **$0.00** |
| 31 | 04/06/00 | 550 | MCKESSIN WATER PRODUCTS<br>P.O. BOX 7126<br>PASADENA, CA 91109<br><5200-00  Unsecured Claims Allowed Under § 502(f) to § 507(a)(2)> | 218.60 | 218.60 | 0.00 | 218.60 | 0.00 |
| | | | **Priority 550:   0% Paid** | | | | | |

Printed:  07/10/04 02:56 PM                    **Claims Distribution Register**                    Page:  4

### Case:  99-33938    PORTIVITY, INC

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 47 | 06/05/00 | 570 | STATE OF NV DEPARTMENT OF TAXATION 500 EAST THIRD STREET CARSON CITY, NV 89713 <5800-00  Claims of Governmental Units--§ 507(a)(8)> | 145.98 | 145.98 | 0.00 | 145.98 | 0.00 |
| | | | Priority 570:  0% Paid | | | | | |
| 45 | 05/04/00 | 580 | PERALDO, RONALD L. 3145 N PARK MANOR WINNEMUCCA, NV 89445 <5900-00  Federal Depository Institutions--§ 507(a)(9)> STOCK | 2,103.65 | 2,103.65 | 0.00 | 2,103.65 | 0.00 |
| | | | Priority 580:  0% Paid | | | | | |
| | | | **Total for Priority Claims:** | **$58,744.09** | **$55,606.65** | **$0.00** | **$55,606.65** | **$9,409.86** |

**Unsecured Claims:**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 1 | 01/18/00 | 610 | ATLAS VAN LINES INC. P.O. BOX 509 1212 ST. GEORGE RD. EVANSVILLE, IN 47703 <7100-00  General Unsecured § 726(a)(2)> | 5,466.77 | 5,466.77 | 0.00 | 5,466.77 | 0.00 |
| 3 | 02/03/00 | 610 | GREAT-WEST LIFE & ANNUITY INS. CO. 8515 EAST ORCHARD ROAD ATTN: JAMES L. RAIRDON ENGLEWOOD, CO 80111 <7100-00  General Unsecured § 726(a)(2)> | 14,055.16 | 14,055.16 | 0.00 | 14,055.16 | 0.00 |
| 4 | 02/15/00 | 610 | DON'S MAINTENANCE SERVICE 5720 CONTE DR. CARSON CITY, NV 89701 <7100-00  General Unsecured § 726(a)(2)> | 492.00 | 492.00 | 0.00 | 492.00 | 0.00 |
| 5 | 02/17/00 | 610 | BURGARELLO ALARM, INC P.O. BOX 2883 SPARKS, NV 89432 <7100-00  General Unsecured § 726(a)(2)> | 420.81 | 420.81 | 0.00 | 420.81 | 0.00 |
| 7U | 02/24/00 | 610 | JAMESON, ROBERT 3602 GLEASON AVE. SAN JOSE, CA 95130 <7100-00  General Unsecured § 726(a)(2)> | 4,220.00 | 4,220.00 | 0.00 | 4,220.00 | 0.00 |
| 8 | 02/25/00 | 610 | TARA SYSTEMS & SERVICES 1235 COMMERCE ROAD SUITE E MORROW, GA 30260 <7100-00  General Unsecured § 726(a)(2)> | 5,579.76 | 5,579.76 | 0.00 | 5,579.76 | 0.00 |

Printed: 07/10/04 02:56 PM

# Claims Distribution Register

## Case: 99-33938   PORTIVITY, INC

Page: 5

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 9 | 02/25/00 | 610 | KINDELBERGER CONSULTING<br>2180 PARLIAMENT DRIVE<br>LAWRENCWVILLE, GA 30043<br><7100-00   General Unsecured § 726(a)(2)> | 9,950.00 | 9,950.00 | 0.00 | 9,950.00 | 0.00 |
| 10 | 02/25/00 | 610 | ADP<br>ADP INVESTOR COMMUNICATION SERVICES<br>ATTN: LARRY SZABO 51 MERCEDES DRIVE<br>EDGEWOOD, NY 11711<br><7100-00   General Unsecured § 726(a)(2)> | 29,074.73 | 29,074.73 | 0.00 | 29,074.73 | 0.00 |
| 11 | 02/25/00 | 610 | META GROUP, INC<br>208 HARBOR DRIVE<br>ATTN: KIM BANDINI<br>STAMFORD, CT 06912<br><7100-00   General Unsecured § 726(a)(2)> | 56,000.00 | 56,000.00 | 0.00 | 56,000.00 | 0.00 |
| 12 | 02/28/00 | 610 | BREIDENBACH, SUSAN<br>3528 Herons Circle<br>Reno,, NV 89502<br><7100-00   General Unsecured § 726(a)(2)><br>New address as of 2-27-02 | 7,000.00 | 7,000.00 | 0.00 | 7,000.00 | 0.00 |
| 13 | 03/01/00 | 610 | INFORMATION MANAGEMENT INTL, INC.<br>2548 ZANKER ROAD<br>SAN JOSE, CA 95131<br><7100-00   General Unsecured § 726(a)(2)> | 5,745.70 | 5,745.70 | 0.00 | 5,745.70 | 0.00 |
| 14U | 03/01/00 | 610 | CIERICO, SHERYL<br>P.O. BOX 414<br>VIRGINIA CITY, NV 89440<br><7100-00   General Unsecured § 726(a)(2)> | 2,126.08 | 2,126.08 | 0.00 | 2,126.08 | 0.00 |
| 15 | 03/02/00 | 610 | ADP INVESTOR COMMUNICATION<br>SERVICES, INC<br>51 MERCEDES DRIVE<br>ATTN: LARRY SZABO<br>EDGEWOOD, NY 11711<br><7100-00   General Unsecured § 726(a)(2)> | 6,597.92 | 6,597.92 | 0.00 | 6,597.92 | 0.00 |
| 16U | 03/02/00 | 610 | DRUCKENMILLER, SCOTT D<br>3628 DRIFTING DR.<br>HELLERTOWN, PA 18055<br><7100-00   General Unsecured § 726(a)(2)> | 6,878.88 | 3,137.44 | 0.00 | 3,137.44 | 0.00 |
| 17 | 03/03/00 | 610 | AIRWAYS FREIGH CORP.<br>SCOTT & GOLDAN<br>P.O. BOX 4607<br>ANAHEIM, CA 92803<br><7100-00   General Unsecured § 726(a)(2)> | 1,738.22 | 1,738.22 | 0.00 | 1,738.22 | 0.00 |
| 18 | 03/06/00 | 610 | TECH DATA CORPORATION<br>5301 TECH DATA DRIVE<br>CLEARWATER, FL 33760<br><7100-00   General Unsecured § 726(a)(2)> | 1,429.53 | 1,429.53 | 0.00 | 1,429.53 | 0.00 |

Printed: 07/10/04 02:56 PM          **Claims Distribution Register**                                    Page: 6

**Case: 99-33938    PORTIVITY, INC**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 19 | 03/06/00 | 610 | BROWNE OF LOS ANGELES, INC<br>2103 E. UNIVERSITY DR.<br>ATTN: STACEY WYCKOFF<br>COMPTON, CA 90220<br><7100-00  General Unsecured § 726(a)(2)> | 9,336.39 | 9,336.39 | 0.00 | 9,336.39 | 0.00 |
| 20 | 03/07/00 | 610 | RESIDENCE INN BY MARRIOTT<br>9845 GATEWAY DRIVE<br>RENO, NV 89511<br><7100-00  General Unsecured § 726(a)(2)> | 6,505.51 | 6,505.51 | 0.00 | 6,505.51 | 0.00 |
| 21 | 03/07/00 | 610 | PROMOTION DESIGN GROUP, INC<br>JEFF GORDON<br>4225 VALLEY FAIR STREET, SUITE 107<br>SIMI VALLEY, CA 93063<br><7100-00  General Unsecured § 726(a)(2)> | 1,157.21 | 1,157.21 | 0.00 | 1,157.21 | 0.00 |
| 22 | 03/08/00 | 610 | AMERICAN REVENUE<br>MANAGEMENT, INC<br>675 HEGENBERGER RD.<br>SUITE 200<br>OAKLAND, CA 94621<br><7100-00  General Unsecured § 726(a)(2)> | 30,906.84 | 30,906.84 | 0.00 | 30,906.84 | 0.00 |
| 23 | 03/14/00 | 610 | PACIFIC BELL<br>ATTN: BANKRUPTCY RECOVERY CENTER<br>P.O. BOX 489<br>MONTEBELLO, CA 90640<br><7100-00  General Unsecured § 726(a)(2)> | 2,650.43 | 2,650.43 | 0.00 | 2,650.43 | 0.00 |
| 24 | 03/20/00 | 610 | TECHNICAL & SCIENTIFIC<br>APPLICATION, INC<br>MARTINEC, WINN, VICKERS, ET AL<br>100 CONGRESS AVE. STE. 1050<br>AUSTIN, TX 78701<br><7100-00  General Unsecured § 726(a)(2)> | 9,875.18 | 9,875.18 | 0.00 | 9,875.18 | 0.00 |
| 25U | 03/21/00 | 610 | KORINEK, CHRISTOPHER M.<br>335 SKI WAY<br>#352<br>INCLINE VILLAGE, NV 89451<br><7100-00  General Unsecured § 726(a)(2)> | 10,736.62 | 10,736.62 | 0.00 | 10,736.62 | 0.00 |
| 26 | 03/22/00 | 610 | COMMONWEALTH OF<br>PENNSYLVANIA DEPT OF LABOR &<br>INDU<br>1171 S CAMERON STREET ROOM-312<br>ATTN: BRUCE HENRY, BANKRUPTCY<br>HARRISBURG, PA 17104<br><7100-00  General Unsecured § 726(a)(2)> | 145.67 | 145.67 | 0.00 | 145.67 | 0.00 |
| 27 | 03/24/00 | 610 | FIDELITY LEASING<br><7100-00  General Unsecured § 726(a)(2)> | 5,767.73 | 5,767.73 | 0.00 | 5,767.73 | 0.00 |

Printed: 07/10/04 02:56 PM

# Claims Distribution Register

## Case: 99-33938    PORTIVITY, INC

Page: 7

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 28 | 03/27/00 | 610 | DOCUMENTUM<br>6801 KOLL CENTER PKWY<br>PLEASANTON, CA 94566<br><7100-00 General Unsecured § 726(a)(2)> | 65,470.00 | 65,470.00 | 0.00 | 65,470.00 | 0.00 |
| 29 | 03/29/00 | 610 | CYCLONCIS, INC<br>345 N. STATE ROAD<br>MEDINA, OH 44256<br><7100-00 General Unsecured § 726(a)(2)> | 8,072.00 | 8,072.00 | 0.00 | 8,072.00 | 0.00 |
| 32 | 04/10/00 | 610 | CONCENTRIC NETWORK CORP.<br>1400 PARKMOOR AVE.<br>ATTN:CREDIT MGR<br>SAN JOSE, CA 95126<br><7100-00 General Unsecured § 726(a)(2)> | 3,817.94 | 3,817.94 | 0.00 | 3,817.94 | 0.00 |
| 33 | 04/10/00 | 610 | MASTROMONACO, LEONARD P.<br>445 BUSH STREET<br>SUITE 600<br>SAN FRANCISCO, CA 94108<br><7100-00 General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 34 | 04/13/00 | 610 | FARKAS, MILTON<br>985 E 10TH STREET<br>BROOKLYN, NY 11230<br><7100-00 General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 35 | 04/28/00 | 610 | CARPENTER, PAUL<br>BEER STEARNS SECURITIES CORP<br>ONE METROTECH CENTER NORTH<br>BROOKLYN, NY 11201<br><7100-00 General Unsecured § 726(a)(2)> | 4,884.00 | 4,884.00 | 0.00 | 4,884.00 | 0.00 |
| 36U | 05/01/00 | 610 | BOTTENBERG, KRIS<br>14180 SADDLEBOW DR.<br>RENO, NV 89511<br><7100-00 General Unsecured § 726(a)(2)> | 5,979.10 | 5,979.10 | 0.00 | 5,979.10 | 0.00 |
| 40 | 05/04/00 | 610 | DIGITAL DELI INCORPORATED<br>DARCY M. PERTCHECK, ESQ.<br>155 MONTGOMERY STREET, SUITE 1200<br>SAN FRANCISCO, CA 94104<br><7100-00 General Unsecured § 726(a)(2)> | 111,880.25 | 111,880.25 | 0.00 | 111,880.25 | 0.00 |
| 42 | 05/04/00 | 610 | SMAGALA, JANET V.<br>12595 WATER LILY<br>RENO, NV 89511<br><7100-00 General Unsecured § 726(a)(2)> | 3,990.39 | 3,990.39 | 0.00 | 3,990.39 | 0.00 |
| 46 | 05/04/00 | 610 | FRESHMAN, ARANTZ, ORLANSKI,<br>COOPER & KLEIN<br>WILLIAM J. BERNFIELD, ESQ<br>9100 WILSHIRE BLVD. 8TH FLOOR<br>BEVERLY HILLS, CA 90212<br><7100-00 General Unsecured § 726(a)(2)> | 44,294.86 | 44,294.86 | 0.00 | 44,294.86 | 0.00 |

Printed: 07/10/04 02:56 PM

# Claims Distribution Register

Page: 8

## Case: 99-33938   PORTIVITY, INC

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 47 | 06/05/00 | 610 | STATE OF NV DEPARTMENT OF TAXATION<br>1340 S. CURRY ST.<br>CARSON CITY, NV 89710<br><7100-00   General Unsecured § 726(a)(2)> | 184.25 | 184.25 | 0.00 | 184.25 | 0.00 |
| 49 | 06/21/00 | 610 | FIDELITY LEASING<br><7100-00   General Unsecured § 726(a)(2)> | 5,767.73 | 5,767.73 | 0.00 | 5,767.73 | 0.00 |
| 50 | 07/03/00 | 610 | A.T.& T C/O REGEN CAPITAL<br>P.O. bOX 626<br>Planetarium Station<br>New York,, NY 10024-0540<br><7100-00   General Unsecured § 726(a)(2)> | 44,402.97 | 44,402.97 | 0.00 | 44,402.97 | 0.00 |
| | | | **Total for Priority 610:   0% Paid** | **$532,600.63** | **$528,859.19** | **$0.00** | **$528,859.19** | **$0.00** |
| | | | **Total for Unsecured Claims:** | **$532,600.63** | **$528,859.19** | **$0.00** | **$528,859.19** | **$0.00** |
| | | | **Total for Case :** | **$2,691,018.40** | **$2,684,139.52** | **$17,854.00** | **$2,666,285.52** | **$13,713.72** |

**Angelique L Clark**
**P.O. Box 50070**
**Sparks, Nevada 89435**
**(775) 626-7083**
**Trustee**

Narrative

Case No: 99-33938
Case Name: PORTIVITY, INC


The Debtor(s) commenced this proceeding by filing a voluntary petition under Chapter 7 of the Bankruptcy code on or about **12/30/99**.

**DUTIES PREFORMED:**

At the commencement of the action, a review of the petition in comparison to the financial records, (i.e. bank statements, tax returns, evaluation of assets, etc.) was performed.

A Section 341 questionnaire was prepared outlining the discrepancies, requesting further information, and/ or noting the requirement of placing a demand for turnover of certain non-exempt property.

The meeting of creditors in this proceeding, pursuant to 11 U.S.C. Section 341 and Federal Rule of Bankruptcy Procedure 2003(a) was first scheduled for **02/03/00. After the concluded meeting the 341 minute report was prepared and given to the Office of U.S. Trustee.**

**All reported and unreported assets were "input" into the bankruptcy program and a Form I was created. Demand for the non-exempt assets was placed into written form and mailed to the Debtor and counsel.**

**An extension for the time in which the Trustee could file an objection to the discharge was filed pending full compliance by the Debtor(s)The estate defended any and all objections to the request for extension filed by the Debtor's counsel.**

**Bank accounts were established and an E.I. N. number was obtained from the Internal Revenue Service to open an interest bearing account. An Trustee's Interim report was filed requesting the establishment of a bar date. Upon receipt of the claims bar date order, a copy of the order and a "Proof of Claim" was mailed to the matrix.**

**All non- exempt assets were liquidated and the funds deposited with the bankruptcy court.**

**All required 180 day reports were filed and submitted to the Office of the U.S. Trustee in Reno with the Form III being filed in Reno and San Francisco.**

**Bank records were maintained and reconciled monthly. An analysis was periodically performed to ascertain the need for tax reports, and 1099's were required and filed as needed .**

**Copies of the claims contained within the main case file located at the Clerk's office were obtained and a claims register was prepared for submission to the clerk's office for review. Claims**

amendments were obtained and/or objections filed if necessary.

Phone calls from the Debtor(s), Creditors, and parties- in-interest were addressed. Written replies to correspondence were sent if needed.

Upon completion of the claims process, a count of the copies expended and anticipated to be expended was estimated and an expense report was prepared. A draft final account was prepared and reviewed. The file was given a review for any discrepancies. The final report is then prepared for submission to the U.S. Trustee's Office. Amendments or alterations have been or will be complete if required. After filing of the report, a mailing matrix is prepared and a notice of the trustee's report is prepared and mailed to all claimants, and parties that filed a request for notice.

After expiration of the date in which to file an objection, an order is prepared and submitted. Upon receipt of a signed order, all funds are transferred out of the interest-bearing accounts, a re-calculation of the distribution is preformed to account for the accrued interest; checks are issued and distributed in compliance with the proposed distribution.

Once all checks have cleared the bank account, the final distribution report will be compiled and filed. Upon approval of this report, the case is prepared for storage. All dates are logged onto the computer bankruptcy program, and the electronic case file is archived, the file is shipped to storage.

Page: 1

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 99-33938 GWZ
**Case Name:** PORTIVITY, INC
**Period Ending:** 07/10/04

**Trustee:** (480200)    ANGELIQUE CLARK, TRUSTEE
**Filed (f) or Converted (c):** 12/30/99 (f)
**$341(a) Meeting Date:** 02/03/00
**Claims Bar Date:** 12/30/50

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | INSURANCE REFUND | 3,781.84 | 3,781.84 | | 4,406.73 | FA |
| 2 | COMPUTER AND COMPONENTS | 2,499.50 | 2,499.50 | | 1,874.61 | FA |
| 3 | BOUCHARD SETTLEMENT (u) | 25,000.00 | 25,000.00 | | 25,000.00 | FA |
| 4 | BANK ACCOUNTS<br>NO FUNDS REMAINING IN ACCOUNT- ACCT<br>CLOSED. | 10.00 | 10.00 | DA | 0.00 | FA |
| 5 | A/R COLLINS & AIKMAN FLOOR COVERINGS<br>COLLECTION OF RECEIVABLE INCLUDES<br>SERVICING SOFTWARE. COMPANY OUT OF<br>BUSINESS COLLINS PRODUCT IS NOW<br>DISFUNCTIONAL - PORTIVITY BREACHED<br>CONTRACT. | 12,900.00 | 12,900.00 | | 0.00 | FA |
| 6 | LICENSES FOR CODE/PRODUCT<br>AKA PATTENS, OBSOLETE PRODUCT/HARDWARE | Unknown | Unknown | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 286.38 | Unknown |
| 7 | **Assets        Totals (Excluding unknown values)** | **$44,191.34** | **$44,191.34** | | **$31,567.72** | **$0.00** |

Printed: 07/10/2004 01:37 PM    V.6.26

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 99-33938 GWZ

**Case Name:** PORTIVITY, INC

**Period Ending:** 07/10/04

**Trustee:** (480200)    ANGELIQUE CLARK, TRUSTEE

**Filed (f) or Converted (c):** 12/30/99 (f)

**§341(a) Meeting Date:** 02/03/00

**Claims Bar Date:** 12/30/50

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| | | | | | | |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**

**Current Projected Date Of Final Report (TFR):**

Case 99-33938-gwz    Doc 58    Entered 09/27/04 10:23:21    Page 16 of 33

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 99-33938 GWZ | | Trustee: | ANGELIQUE CLARK, TRUSTEE (480200) |
| Case Name: | PORTIVITY, INC | | Bank Name: | JPMORGAN CHASE BANK |
| | | | Account: | 312-9080899-65 - Money Market Account |
| Taxpayer ID #: | 88-0238203 | | Blanket Bond: | $4,000,000.00  (per case limit) |
| Period Ending: | 07/10/04 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | T-Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | | Receipts $ | Disbursements $ | Money Market Account Balance |
| 06/06/02 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS TO OPEN NEW BANK ACCOUNT WITH CHASE BRANCH 312 | | 9999-000 | 14,043.01 | | 14,043.01 |
| 06/28/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.8000% | | 1270-000 | 7.70 | | 14,050.71 |
| 07/31/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.8000% | | 1270-000 | 9.55 | | 14,060.26 |
| 08/30/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.7500% | | 1270-000 | 8.96 | | 14,069.22 |
| 09/30/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.7500% | | 1270-000 | 8.68 | | 14,077.90 |
| 10/31/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.7500% | | 1270-000 | 8.97 | | 14,086.87 |
| 11/29/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4300% | | 1270-000 | 5.84 | | 14,092.71 |
| 12/31/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4300% | | 1270-000 | 5.15 | | 14,097.86 |
| 01/23/03 | 1001 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/20/2003 FOR CASE #99-33938, Bond # 10602795 2 | | 2300-000 | | 15.54 | 14,082.32 |
| 01/31/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4300% | | 1270-000 | 5.15 | | 14,087.47 |
| 02/28/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4300% | | 1270-000 | 4.65 | | 14,092.12 |
| 03/31/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4000% | | 1270-000 | 4.93 | | 14,097.05 |
| 04/30/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4000% | | 1270-000 | 4.64 | | 14,101.69 |
| 05/30/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4000% | | 1270-000 | 4.79 | | 14,106.48 |
| 06/30/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3000% | | 1270-000 | 3.90 | | 14,110.38 |
| 07/31/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3000% | | 1270-000 | 3.60 | | 14,113.98 |
| 08/29/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | | 1270-000 | 3.00 | | 14,116.98 |
| 09/30/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | | 1270-000 | 2.90 | | 14,119.88 |
| 10/27/03 | Int | JPMORGAN CHASE BANK | Current Interest Rate is 0.2000% | | 1270-000 | 2.32 | | 14,122.20 |
| 10/27/03 | | To Account #312908089966 | *TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | | 9999-000 | | 14,122.20 | 0.00 |

| | | | | | Subtotals : | $14,137.74 | $14,137.74 | |

{} Asset reference(s)                                                                                     Printed: 07/10/2004 01:37 PM    V.6.26

## Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 99-33938 GWZ
**Case Name:** PORTIVITY, INC

**Taxpayer ID #:** 88-0238203
**Period Ending:** 07/10/04

**Trustee:** ANGELIQUE CLARK, TRUSTEE (480200)
**Bank Name:** JPMORGAN CHASE BANK
**Account:** 312-9080899-65 - Money Market Account
**Blanket Bond:** $4,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 14,137.74 | 14,137.74 | $0.00 |
| | | | Less: Bank Transfers | | 14,043.01 | 14,122.20 | |
| | | | Subtotal | | 94.73 | 15.54 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $94.73 | $15.54 | |

{} Asset reference(s)

Printed: 07/10/2004 01:37 PM       V.6.26

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 99-33938 GWZ | | Trustee: | ANGELIQUE CLARK, TRUSTEE (480200) |
| Case Name: | PORTIVITY, INC | | Bank Name: | JPMORGAN CHASE BANK |
| | | | Account: | 312-9080899-66 - Checking Account |
| Taxpayer ID #: | 88-0238203 | | Blanket Bond: | $4,000,000.00   (per case limit) |
| Period Ending: | 07/10/04 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | (Ref #) / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/27/03 | | From Account #312908089965 | *TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 14,122.20 | | 14,122.20 |
| 11/18/03 | 101 | JOHN RAND, CPA | | 7100-000 | | 1,016.00 | 13,106.20 |
| 01/13/04 | 102 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/13/2004 FOR CASE #99-33938, 2004 Bond | 2300-000 | | 17.37 | 13,088.83 |
| 04/26/04 | {1} | LIGHTNING | REFUND OF OVERPAYMENT | 1180-000 | 624.89 | | 13,713.72 |
| | | | **ACCOUNT TOTALS** | | 14,747.09 | 1,033.37 | **$13,713.72** |
| | | | Less: Bank Transfers | | 14,122.20 | 0.00 | |
| | | | **Subtotal** | | 624.89 | 1,033.37 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$624.89** | **$1,033.37** | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 99-33938 GWZ | | | **Trustee:** | ANGELIQUE CLARK, TRUSTEE (480200) | |
| **Case Name:** | PORTIVITY, INC | | | **Bank Name:** | FIRST BANK | |
| | | | | **Account:** | 4150004567 - TIERED SAVINGS ACCOUNT | |
| **Taxpayer ID #:** | 88-0238203 | | | **Blanket Bond:** | $4,000,000.00  (per case limit) | |
| **Period Ending:** | 07/10/04 | | | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/30/00 | | FIRST BANK | TRANSFER FROM CERTIFICATE OF DEPOSIT ACCOUNT #701115412 | 9999-000 | 2,572.85 | | 2,572.85 |
| 12/27/00 | Int | FIRST BANK | INTEREST EARNED | 1270-000 | 8.18 | | 2,581.03 |
| 03/28/01 | Int | FIRST BANK | INTEREST EARNED | 1270-000 | 12.86 | | 2,593.89 |
| 06/29/01 | Int | FIRST BANK | INTEREST EARNED | 1270-000 | 13.36 | | 2,607.25 |
| 07/31/01 | Int | FIRST BANK | INTEREST EARNED | 1270-000 | 4.43 | | 2,611.68 |
| 08/31/01 | Int | FIRST BANK | INTEREST EARNED | 1270-000 | 4.44 | | 2,616.12 |
| 09/20/01 | | FIRST BANK | TRANSFER FROM CHECKING ACCOUNT #9415912441 | 9999-000 | 11,300.00 | | 13,916.12 |
| 09/28/01 | Int | FIRST BANK | INTEREST EARNED | 1270-000 | 4.35 | | 13,920.47 |
| 10/31/01 | Int | FIRST BANK | INTEREST EARNED | 1270-000 | 10.77 | | 13,931.24 |
| 11/30/01 | Int | FIRST BANK | INTEREST EARNED | 1270-000 | 8.59 | | 13,939.83 |
| 12/31/01 | Int | FIRST BANK | INTEREST EARNED | 1270-000 | 8.88 | | 13,948.71 |
| 01/04/02 | | FIRST BANK | TRANSFER FROM CHECKING ACCOUNT #9415912441 | 9999-000 | 64.16 | | 14,012.87 |
| 01/31/02 | Int | FIRST BANK | INTEREST EARNED | 1270-000 | 8.92 | | 14,021.79 |
| 02/28/02 | Int | FIRST BANK | INTEREST EARNED | 1270-000 | 8.07 | | 14,029.86 |
| 03/25/02 | | FIRST BANK | TRANSFER INTO CHECKING ACCOUNT #9415912441 | 9999-000 | | 12.80 | 14,017.06 |
| 03/29/02 | Int | FIRST BANK | Interest Earned | 1270-000 | 8.94 | | 14,026.00 |
| 04/30/02 | Int | FIRST BANK | Interest Earned | 1270-000 | 8.65 | | 14,034.65 |
| 05/29/02 | Int | FIRST BANK | FINAL INTEREST | 1270-000 | 8.36 | | 14,043.01 |
| 06/06/02 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS TO OPEN NEW BANK ACCOUNT WITH CHASE BRANCH 312 | 9999-000 | | 14,043.01 | 0.00 |

| | | | | **Subtotals :** | $14,055.81 | $14,055.81 | |

{} Asset reference(s)

Printed: 07/10/2004 01:37 PM    V.6.26

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 99-33938 GWZ
**Case Name:** PORTIVITY, INC

**Taxpayer ID #:** 88-0238203
**Period Ending:** 07/10/04

**Trustee:** ANGELIQUE CLARK, TRUSTEE (480200)
**Bank Name:** FIRST BANK
**Account:** 415004567 - TIERED SAVINGS ACCOUNT
**Blanket Bond:** $4,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 14,055.81 | 14,055.81 | $0.00 |
| | | | Less: Bank Transfers | | 13,937.01 | 14,055.81 | |
| | | | Subtotal | | 118.80 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $118.80 | $0.00 | |

{} Asset reference(s)

Page: 6

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 99-33038 GWZ |
|---|---|
| Case Name: | PORTIVITY, INC |
| Taxpayer ID #: | 88-0238203 |
| Period Ending: | 07/10/04 |

| Trustee: | ANGELIQUE CLARK, TRUSTEE (480200) |
|---|---|
| Bank Name: | SACRAMENTO COMMERICAL BANK |
| Account: | 701115412 - CERTIFICATE OF DEPOSIT |
| Blanket Bond: | $4,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/27/00 | | SACRAMENTO COMMERICAL BANK | TRANSFER FROM CHECKING ACCOUNT #801099847 | 9999-000 | 2,500.00 | | 2,500.00 |
| 04/26/00 | Int | SACRAMENTO COMMERICAL BANK | INTEREST EARNED | 1270-000 | 9.76 | | 2,509.76 |
| 05/26/00 | Int | SACRAMENTO COMMERICAL BANK | INTEREST EARNED | 1270-000 | 10.07 | | 2,519.83 |
| 06/25/00 | Int | SACRAMENTO COMMERICAL BANK | INTEREST EARNED | 1270-000 | 10.11 | | 2,529.94 |
| 07/25/00 | Int | SACRAMENTO COMMERICAL BANK | INTEREST EARNED | 1270-000 | 10.15 | | 2,540.09 |
| 08/24/00 | Int | SACRAMENTO COMMERICAL BANK | INTEREST EARNED | 1270-000 | 10.19 | | 2,550.28 |
| 09/23/00 | Int | SACRAMENTO COMMERICAL BANK | INTEREST EARNED | 1270-000 | 11.26 | | 2,561.54 |
| 10/23/00 | Int | SACRAMENTO COMMERICAL BANK | INTEREST EARNED | 1270-000 | 11.31 | | 2,572.85 |
| 10/30/00 | | SACRAMENTO COMMERICAL BANK | TRANSFER INTO TIERED SAVINGS ACCOUNT #4150004567 | 9999-000 | | 2,572.85 | 0.00 |
| | | | ACCOUNT TOTALS | | 2,572.85 | 2,572.85 | $0.00 |
| | | | Less: Bank Transfers | | 2,500.00 | 2,572.85 | |
| | | | Subtotal | | 72.85 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $72.85 | $0.00 | |

() Asset reference(s)                                                                                                Printed: 07/10/2004 01:37 PM    V.6.26

Page: 7

## Form 2

## Cash Receipts And Disbursements Record

| Trustee: | ANGELIQUE CLARK, TRUSTEE (480200) |
|---|---|
| Bank Name: | SACRAMENTO COMMERICAL BANK |
| Account: | 801099847 - CHECKING ACCOUNT |
| Blanket Bond: | $4,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| Case Number: | 99-33938 GWZ |
|---|---|
| Case Name: | PORTIVITY, INC |
| Taxpayer ID #: | 88-0238203 |
| Period Ending: | 07/10/04 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | (Ref #) / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance $ |
| 01/28/00 | {1} | LUCINI PARISH | INSURANCE REFUND | 1180-000 | 3,781.84 | | 3,781.84 |
| 02/04/00 | 1 | ADP | CLAIM 1 (CLAIM NO. 1) | 2990-000 | | 282.00 | 3,499.84 |
| 02/04/00 | 2 | MOUNT ROAS MINI-STORAGE | CLAIM EXP (CLAIM NO.EXP) | 2990-000 | | 115.00 | 3,384.84 |
| 03/10/00 | 3 | ADP | CLAIM 1 (CLAIM NO. 1) | 2990-000 | | 250.00 | 3,134.84 |
| 03/27/00 | 4 | MOUNT ROAS MINI-STORAGE | CLAIM EXP (CLAIM NO.EXP) | 2410-000 | | 115.00 | 3,019.84 |
| 03/27/00 | | SACRAMENTO COMMERICAL BANK | TRANSFER INTO CERTIFICATE OF DEPOSIT ACCOUNT #701115412 | 9999-000 | | 2,500.00 | 519.84 |
| 05/26/00 | 5 | MOUNT ROAS MINI-STORAGE | CLAIM EXP (CLAIM NO.EXP) | 2410-000 | | 251.90 | 267.94 |
| 08/18/00 | {2} | LIGHTING AUCTIONS | COMPUTERAND COMPONANTS | 1129-000 | 1,874.61 | | 2,142.55 |
| 08/28/00 | 6 | LIGHTING AUCTIONS | CLAIM ADMIN | 3610-000 | | 624.89 | 1,517.66 |
| 10/30/00 | | SACRAMENTO COMMERICAL BANK | TRANSFER INTO CHECKING ACCOUNT #9941912441 | 9999-000 | | 1,517.66 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 5,656.45 | 5,656.45 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,017.66 | |
| | | | Subtotal | | 5,656.45 | 1,638.79 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,656.45 | $1,638.79 | |

{} Asset reference(s)

Printed: 07/10/2004 01:37 PM    V.6.26

Page: 8

## Form 2

## Cash Receipts And Disbursements Record

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | 99-33938 GWZ | **Trustee:** | ANGELIQUE CLARK, TRUSTEE (480200) |
| **Case Name:** | PORTIVITY, INC | **Bank Name:** | FIRST BANK |
| | | **Account:** | 9415912441 - CHECKING ACCOUNT |
| **Taxpayer ID #:** | 88-0238203 | **Blanket Bond:** | $4,000,000.00 (per case limit) |
| **Period Ending:** | 07/10/04 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/30/00 | | FIRST BANK | TRANSFER FROM CHECKING ACCOUNT #801099847 | 9999-000 | 1,517.66 | | 1,517.66 |
| 03/20/01 | 1001 | DIPIETRO & THORNTON | CLAIM ADMIN (CLAIM NO. ADMIN) | 2990-000 | | 1,060.00 | 457.66 |
| 06/27/01 | {3} | WOODBURN / WEDGE | BOUCHARD SETTLEMENT | 1290-000 | 25,000.00 | | 25,457.66 |
| 06/27/01 | 1002 | BELDING, HARRIS & PETRONI | CLAIM ATTORNEY (CLAIM NO. ATTORNEY) | 3110-000 | | 2,283.50 | 23,174.16 |
| 06/27/01 | 1003 | WOODBURN & WEDGE | CLAIM ATTORNEY (CLAIM NO ATTORNEY) | 3110-000 | | 11,500.00 | 11,674.16 |
| 08/01/01 | 1004 | DIPIETRO & THORNTON | CLAIM ADMIN (CLAIM NO. ADMIN) | 2990-000 | | 310.00 | 11,364.16 |
| 09/20/01 | | FIRST BANK | TRANSFER INTO TIERED SAVINGS ACCOUNT #4150004567 | 9999-000 | | 11,300.00 | 64.16 |
| 01/04/02 | | FIRST BANK | TRANSFER INTO TIERED SAVINGS ACCOUNT #4150004567 | 9999-000 | | 64.16 | 0.00 |
| 03/25/02 | | FIRST BANK | TRANSFER INTO TIERED SAVINGS ACCOUNT #4150004567 | 9999-000 | 12.80 | | 12.80 |
| 03/25/02 | | ARTHUR B. LEVINE-PREMIUM ACCOUNT | PRO-RATION OF ANNUAL BOND PREMIUM (NOTE 1:1111539549 | 7100-000 | | 12.80 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | | **ACCOUNT TOTALS** | 26,530.46 | 26,530.46 | $0.00 |
| | | Less: Bank Transfers | 1,530.46 | 11,364.16 | |
| | | **Subtotal** | 25,000.00 | 15,166.30 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | **NET Receipts / Disbursements** | **$25,000.00** | **$15,166.30** | |

{} Asset reference(s)

Page: 9

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 99-33938 GWZ | Trustee: | ANGELIQUE CLARK, TRUSTEE (480200) |
|---|---|---|---|
| Case Name: | PORTIVITY, INC | Bank Name: | FIRST BANK |
| | | Account: | 9415912441 - CHECKING ACCOUNT |
| Taxpayer ID #: | 88-0238203 | Blanket Bond: | $4,000,000.00  (per case limit) |
| Period Ending: | 07/10/04 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref#} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Net Receipts $ | 6 Net Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **TOTAL - ALL ACCOUNTS** | | **Net Receipts** | **Net Disbursements** | **Account Balances** |
| | | | MMA # 312-9080899-65 | | 94.73 | 15.54 | 0.00 |
| | | | Checking # 312-9080899-66 | | 624.89 | 1,033.37 | 13,713.72 |
| | | | MMA # 4150004567 | | 118.80 | 0.00 | 0.00 |
| | | | CD # 701115412 | | 72.85 | 0.00 | 0.00 |
| | | | Checking # 801099847 | | 5,656.45 | 1,638.79 | 0.00 |
| | | | Checking # 9415912441 | | 25,000.00 | 15,166.30 | 0.00 |
| | | | | | $31,567.72 | $17,854.00 | $13,713.72 |

Net Receipts :        31,567.72
                    —————————
Net Estate :        $31,567.72

{} Asset reference(s)

Printed: 07/10/2004 01:37 PM    V.6.26

**CHASE**

May 1 – May 31, 2004
**Page 1 of 2**

312-00312-E000-00312- H      -113-9-03-W X -1 00-

99–33938 PORTIVITY INC
#480200 ANGELIQUE CLARK TRUSTEE
BRANCH 312
55 WATER STREET, RM 540
NEW YORK NY  10041

**Customer Service**

Nationwide 800 #: 1-800-634-5273
Nationwide Fax #: 1-800-457-3510
Hearing impaired call 1-800-CHASETD

Primary Account Number:  312-9080899-66
Number of Checks Enclosed: 0

Important Notice Regarding the Order of Payment of Your Transactions.
Please see the last page of your statement following account detail for more information.

| BusinessCustom Checking | Account # 312-9080899-66 | 99-33938 Portivity Inc |
| | | #480200 Angelique Clark Trustee |

| Summary | Number | Amount |
|---|---|---|
| Opening Balance | - | 13,713.72 |
| Deposits and Credits | 0 | 0.00 |
| Withdrawals and Debits | 0 | 0.00 |
| Checks Paid | 0 | 0.00 |
| **Ending Balance** | | **13,713.72** |

**THIS ENDS YOUR STATEMENT FINANCIAL DATA**

JUN - 9 2004

Angelique L.M. Clark
Trustee in Bankruptcy
P.O. Box 50070
Sparks, NV 89435
Telephone: (775) 356-8099

RECEIVED AND FILED

00 FEB -4 AM 10: 42

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

Portivity, Inc.

Debtor(s)

Chapter 7
Case No. 99-33938

**ORDER AND NOTICE TO FILE CLAIMS**

Based on the filing of the Trustee's Report in the above entitled Bankruptcy case, and it appearing that there are assets in the estate,

NOTICE IS HEREBY GIVEN that creditors of the above named Debtor be, and they hereby are, Ordered to file their Proofs of Claim in order to share in the distribution of the assets of this bankruptcy estate,

IT IS FURTHER ORDERED that the last date to file a Proof of Claim (see reverse side) in this cases is 5|4|00

IT IS FURTHER ORDERED that the trustee shall mail a copy of this Order to the debtor, attorney for the debtor, creditors and all parties in interest within ten days from the date of this Order.

Date: 2|4|00

CLERK, U.S. BANKRUPTCY COURT

By _____
Deputy Clerk

cc: Trustee    Angelique L.M. Clark

Dated: 2|4|00

By: _____
Deputy Clerk

LG031242

CLAIMS MAY BE FILED BETWEEN THE HOURS OF 9:00 A.M. - 4:00 P.M. AT BANKRUPTCY CLERK'S OFFICE, 300 BOOTH STREET, RENO, NV 89509.

1  ANGELIQUE L.M. CLARK
   P.O. Box 50070
2  Sparks, Nevada  89435-50070
   (775) 356-8099
3
     Trustee
4

5

6                UNITED STATES BANKRUPTCY COURT

7                     DISTRICT OF NEVADA

8

9
   IN RE:                              Case No. 7
10                                     Chapter  99-33938
11 Portivity, Inc.
                                       ORDER AUTHORIZING SALE OF
12                                     ASSETS OF THE ESTATE
                                       AND EMPLOYMENT OF
13                                     AUCTIONEER AND PAYMENT OF
                                       COMMISSION
14
                       Debtor.         NO HEARING REQUIRED
15
16 ―――――――――――――――――――――――/

17    Pursuant to the motion of Angelique Clark, Trustee, requesting

18 an order authorizing sale of  this estate assets, employment of

19 an auctioneer, and payment of commission, the Court finds and

20 concludes as follows:

21       No Notice is required per Federal Rule of Bankruptcy

22 Procedure 6004(d), other than as previously provided on the

23 Notice of Commencement of a Bankruptcy Case.

24       **IT IS HEREBY ORDERED** that the Trustee's Motion to sell

25 <u>Computers and computer components as detailed in Exhibit "A"</u>,

26 **free and clear of liens** for the highest bid received

27 at auction is hereby approved, and;

28

1  CASE NAME: Portivity, Inc.
   CASE NO.   99-33938
2  ORDER- SALE OF ASSETS

3

4       **IT IS ORDERED** that the Trustee is hereby authorized to

5  employ Lightning Auctions, Inc. as auctioneer for the liquidation

6  of the estate's assets, and;

7       **IT IS ORDERED** that the net proceeds shall be deposited

8  with the Trustee within 5 days from the date of sale, along with

9  a statement as to the  sales price, bidder number, and bidder's

10 name. The auctioneer's commission of Twenty Five Percent (25%) of

11 the gross proceeds realized from the sale shall be withheld from

12 the net proceeds, currently estimated to be a maximum of $625.00

13 or less based on the estimate of value, said fee not to exceed

14 $625.00, In the event the sale proceeds exceeds $2,500.00, and

15 therefore causing an increase in commissions, the net proceeds

16 over the allowable commission shall be deposited with the estate

17 and an application for payment of compensation will be filed for

18 commissions over the allowed fee.

19      **IT IS FURTHER ORDERED** the Trustee may execute any and all

20 documentation necessary on behalf of the estate to consummate the

21 sales.

22    DATED this _____ day of _____ **AUG 1 4 2000** _____ , 2000.

23

24                              _____

                               **GREGG W. ZIVE**

25 Read and Approved by the      UNITED STATES BANKRUPTCY Judge
   Office of the United States
26 Trustee

27 BY:_____

28 Dated:_____

2

Bankrupt Estate of Portivity, Inc.
Case No. 99-33938
United States Bankruptcy Court
District of Nevada


## EXHIBIT "A"

Portivity ceased business operations in June of 1999, these items
have been in storage for over one year.

COMPUTERS

1 Apple/Mac Intosh 700
1 Apple/Mac Intosh840
5 Apple/Mac Intosh8500
2 Apple/Mac Intosh800
3 Power PC 180
1 Power PC 200
1 Gateway   *  (Petition reflects lease from Genesis, no address
9 Micron    *   or means of contact provided, the estate can no
               longer pay storage cost to maintain)

MONITORS

1 Apple Vision 15"
1 Micron
3 MAG 17"
6 Apple Vision 17"
1 Vivitron
1 Nikoa
2 Optiquest 9"
1 MAC 15"
1 Power Computing 15"
3 Power Computing 17"
1 Multisync XV NEC
3 CTX 17"
1 Crystal Scan Gateway 9"

COMPUTER COMPONENTS

1 Compaq Docking station
4 Micron Docking Stations
2 Dell Docking Stations
8 Large boxes of keyboards and mouses
Misc. phone parts
2 computers in parts
1 Toshiba cabinet


ABANDONING
17 Room Dividers
Misc. Trash cans

**ANGELIQUE L. CLARK**
P.O. Box 50070
Sparks, Nevada 89435
(775) 626-7083

FILED AND ENTERED
ON DOCKET

'03 NOV 14 A8 :18

**Trustee**

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA
(Reno Court)

IN RE:

Case No. 99-33938 GWZ
Chapter 7

PORTIVITY, INC

**ORDER RE: FINAL
ACCOUNTANT'S FEES**

**DEBTORS**

(Neg. Notice)

Pursuant to the Trustee's Motion and Notice for Payment of Accountant's Fees, the Court finds that Notice is proper having been provided as per Bankruptcy Rule 2002, and good cause appearing:

**IT IS HEREBY ORDERED** that the Trustee is hereby authorized and directed to pay to **JOHN RAND** the sum of **$1,016.00** for accounting services rendered on behalf of the estate.

Dated _____NOV 1 4 2003_____

**BERT M. GOLDWATER**

_____
U.S. Bankruptcy Judge

Read and approved by The
Office of the United States Trustee

By_____

Dated: _____

1   **ANGELIQUE L. CLARK**
    **P.O. Box 50070**
2   **Sparks, Nevada 89435**
    **(775) 626-7083**
3
    **Trustee**
4

5               UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF NEVADA
6                     (Reno Court)

7   IN RE:                          Case No. 99-33938 GWZ
                                    Chapter 7
8
    PORTIVITY, INC                  ORDER RE: FINAL
9                                   ACCOUNTANT'S FEES

10           **DEBTORS**            (Neg. Notice)

11

12

13           Pursuant to the Trustee's Motion and Notice for Payment of Accountant's Fees, the

14   Court finds that Notice is proper having been provided as per Bankruptcy Rule 2002, and good

15   cause appearing:

16       **IT IS HEREBY ORDERED** that the Trustee is hereby authorized and directed to pay to

17   **JOHN RAND** the sum of **$1,016.00** for accounting services rendered on behalf of the estate.

18   Dated _____.
19

20                                              _____
                                                U.S. Bankruptcy Judge
21

22   Read and approved by The
     Office of the United States Trustee

23   By _____

24   Dated: _10-14-03_____

25

ANGELIQUE L.M. CLARK
P.O. Box 50070
Sparks, Nevada  89435
(775) 356-8099

Trustee

RECEIVED AND FI

01 JUL 26  PM 2:47

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
(Reno Court)

IN RE:

Portivity, Inc.


_____ DEBTORS/

Chapter 7
Case No. 99-33938 GWZ


ORDER RE: FINAL
ACCOUNTANT'S FEES

(No hearing required)

 Pursuant to the Trustee's Application for Accountant's Fees,
the Court finds that as per Bankruptcy Rule 2002 (a) (7) no
hearing is necessary and no notice is required, and good cause
appearing:

 **IT IS HEREBY ORDERED** that the Trustee is hereby authorized
and directed to pay to **RANDALL THORNTON** the sum of **$310.00** for
accounting services rendered on behalf of the estate.

Dated _____JUL 2 5 2001_____

## Gregg W. Zive

_____
United States Bankruptcy Judge

Read and approved by The
Office of the United States Trustee

By_____

Dated: _____

ANGELIQUE L CLARK
P.O. Box 50070
Sparks, Nevada  89435
(775) 356-8099

Trustee

CEIVED AND

01 MAR -9  AM 9: 06

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
### (Reno Court)

IN RE:

Portivity, Inc.

_____ **DEBTORS/**

Chapter 7
Case No. 99-33938 GWZ

**ORDER RE: FINAL
ACCOUNTANT'S FEES**

(Neg. Notice)

Pursuant to the Trustee's Motion and Notice of Payment of Accountant's Fees, the Court finds that Notice is proper having been provided as per Bankruptcy Rule 2002, and good cause appearing:

**IT IS HEREBY ORDERED** that the Trustee is hereby authorized and directed to pay to **RANDALL THORNTON** the sum of $ 1,060.00 for accounting services rendered on behalf of the estate.

MAR 0 9 2001

Dated _____

GREGG W. ZIVE

_____
HONORABLE GREGG W. ZIVE
U.S. Bankruptcy Judge

Read and approved by The
Office of the United States Trustee

By_____

Dated: _____