**ANGELIQUE L.M. CLARK**
**Chapter 7 Trustee**
P.O. Box 50070
Sparks, NV 89435
(775) 626-7083

# UNITED STATES BANKRUPTCY
# DISTRICT OF NEVADA

IN RE:

**Chapter 7**
**Case No: 99-33938**

**PORTIVITY, INC**

**Debtor(s)**
_____/

**PROOF OF SERVICE BY MAIL**
**RE: NOTICE OF SUMMARY OF**
**TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND REIMBURSEMENT:**

I, Angelique Clark, declare:

On September 28, 2004, I personally served the foregoing NOTICE OF SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND REIMBURSEMENT: upon the interested parties to this action whose names and addresses are listed on Exhibit "A" attached hereto and made a part hereof by that reference, by depositing a true and correct copy of the same in the U.S. mail, first class postage prepaid, and addressed to them at their last known address.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 28, 2004

/s/ Angelique Clark
Angelique Clark

| | | |
|---|---|---|
| JEFFREY HARTMAN<br>499 W. PLUMB LANE #202<br>RENO, NEVADA 89509 | OFFICE OF THE U.S.TRUSTEE<br>300 Booth Street STE 2109<br>RENO, NEVADA  89509 | ATLAS VAN LINES INC.<br>P.O. BOX 509<br>1212 ST. GEORGE RD.<br>EVANSVILLE, IN 47703- |
| DONOVAN, KIM<br>2244 GREENBRAE DR<br>APT. #29<br>SPARKS, NV 89431- | GREAT WEST LIFE & ANNUNITY<br>8515 EASE ORCHARD ROAD<br>ATTN: JAMES L. RAIRDON, 7T2<br>ENGLEWOOD, CO 80111- | DON'S MAINTENANCE SERVICE<br>5720 CONTE DR.<br>CARSON CITY, NV 89701- |
| BURGARELLO ALARM, INC<br>P.O. BOX 2883<br>SPARKS, NV 89432- | JAMESON, ROBERT<br>3602 GLEASON AVE.<br>SAN JOSE, CA 95130- | TARA SYSTEMS & SERVICES<br>1235 COMMERCE ROAD<br>SUITE E<br>MORROW, GA 30260- |
| KINDELBERGER CONSULTING<br>2180 PARLIAMENT DRIVE<br>LAWRENCWVILLE, GA 30043- | ADP<br>ATTN: LARRY SZABO<br>51 MERCEDES DRIVE<br>EDGEWOOD, NY 11711- | META GROUP, INC<br>208 HARBOR DRIVE<br>ATTN: KIM BANDINI<br>STAMFORD, CT 06912- |
| BREIDENBACH, SUSAN<br>3528 Herons Circle<br>Reno, NV 89502- | INFORMATION MANAGEMENT<br>INTL, INC.<br>2548 ZANKER ROAD<br>SAN JOSE, CA 95131- | CIERICO, SHERYL<br>P.O. BOX 414<br>VIRGINIA CITY, NV 89440- |
| DRUCKENMILLER, SCOTT D<br>3628 DRIFTING DR.<br>HELLERTOWN, PA 18055- | AIRWAYS FREIGH CORP.<br>SCOTT & GOLDAN<br>P.O. BOX 4607<br>ANAHEIM, CA 92803- | TECH DATA CORPORATION<br>5301 TECH DATA DRIVE<br>CLEARWATER, FL 33760- |
| BROWNE OF LOS ANGELES, INC<br>2103 E. UNIVERSITY DR.<br>ATTN: STACEY WYCKOFF<br>COMPTON, CA 90220- | RESIDENCE INN BY MARRIOTT<br>9845 GATEWAY DRIVE<br>RENO, NV 89511- | PROMOTION DESIGN GROUP, INC<br>JEFF GORDON<br>4225 VALLEY FAIR ST., SUITE 107<br>SIMI VALLEY, CA 93063- |
| AMERICAN REVENUE MGNT, INC<br>675 HEGENBERGER RD.<br>SUITE 200<br>OAKLAND, CA 94621- | PACIFIC BELL<br>ATTN: BANKRUPTCY RECOVERY<br>P.O. BOX 489<br>MONTEBELLO, CA 90640- | TECHNICAL & SCIENTIFIC<br>MARTINEC, WINN, VICKERS, ET AL<br>100 CONGRESS AVE. STE. 1050<br>AUSTIN, TX 78701- |
| KORINEK, CHRISTOPHER M.<br>335 SKI WAY<br>#352<br>INCLINE VILLAGE, NV 89451- | COMMONWEALTH OF PENNSYLVANIA<br> DEPT OF LABOR & INDU<br>1171 S CAMERON STREET ROOM-312<br>ATTN: BRUCE HENRY, BANKRUPTCY<br>HARRISBURG, PA 17104- | DOCUMENTUM<br>6801 KOLL CENTER PKWY<br>PLEASANTON, CA 94566- |
| CYCLONCIS, INC<br>345 N. STATE ROAD<br>MEDINA, OH 44256- | PORTER, DARRELL<br>5438 S. LOLA WAY<br>ENGLEWOOD, CO 80111- | MCKESSIN WATER PRODUCTS<br>P.O. BOX 7126<br>PASADENA, CA 91109- |

| | | |
|---|---|---|
| CONCENTRIC NETWORK CORP.<br>1400 PARKMOOR AVE.<br>ATTN:CREDIT MGR<br>SAN JOSE, CA 95126- | MASTROMONACO, LEONARD P.<br>445 BUSH STREET<br>SUITE 600<br>SAN FRANCISCO, CA 94108- | FARKAS, MILTON<br>985 E 10TH STREET<br>BROOKLYN, NY 11230- |
| CARPENTER, PAUL<br>BEER STEARNS SECURITIES CORP<br>ONE METROTECH CENTER NORTH<br>BROOKLYN, NY 11201- | BOTTENBERG, KRIS<br>14180 SADDLEBOW DR.<br>RENO, NV 89511- | FRANSLER, DAVIS<br>C/O NELS R. NELSON.,ESQ<br>400 HAMILTON AVE.<br>PALO ALTO, CA 94301- |
| HANLEY, WILLIAM A.<br>HANLEY, MICHAEL<br>P.O. BOX 1123<br>BOCA GRANDE, FL 33921- | HANLEY, MICHAEL<br>C/O NELS NELSON, ESQ.<br>400 HAMLITON AVENUE<br>PALO ALTO, CA 94301- | DIGITAL DELI INCORPORATED<br>DARCY M. PERTCHECK, ESQ.<br>155 MONTGOMERY ST, SUITE 1200<br>SAN FRANCISCO, CA 94104- |
| SMAGALA, JANET V.<br>12595 WATER LILY<br>RENO, NV 89511- | PRYOR, JOHN<br>P.O. BOX 1618<br>TELLURIDE, CO 81435- | PERALDO, RONALD L.<br>3145 N PARK MANOR<br>WINNEMUCCA, NV 89445- |
| FRESHMAN, ARANTZ, ORLANSKI,<br>WILLIAM J. BERNFIELD, ESQ<br>9100 WILSHIRE BLVD. 8TH FLOOR<br>BEVERLY HILLS, CA 90212- | STATE OF NV DEPARTMENT OF TAXATION<br>1340 S. CURRY ST.<br>CARSON CITY, NV 89710- | STATE OF NV DEPARTMENT OF TAXATION<br>500 EAST THIRD STREET<br>CARSON CITY, NV 89713- |
| A.T.& T C/O REGEN CAPITAL<br>P.O. bOX 626<br>Planetarium Station<br>New York,, NY 10024-0540 | STATE OF NV DEPARTMENT OF EMPLOYMENT<br>1340 S. CURRY ST<br>CARSON CITY, NV 89710- | |