Angelique Clark
P.O. Box 50070
Sparks, Nevada 89435
775-6267083

Trustee

RECEIVED AND FILED

05 APR 26 AM 10:57

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

RE:

PORTIVITY, INC

Debtor(s)

Chapter 7
Case No.: 99-33938

**NOTICE OF UNCLAIMED FUNDS**

TO THE CLERK, U.S. BANKRUPTCY COURT:

Please find attached hereto Check No. 111 in the amount of $ 4,162.04 representing the total amount of unclaimed dividend(s) in the above entitled estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The names(s) and Address(es) of the claimants entitled to said dividend(s) is ( are ) as follows:

| Claim No. | Name and Address of Claimant | Amount of Allowed Claim | Amount of Dividend |
|---|---|---|---|
| 2 | Kim Donovan<br>2244 Greenbrea Drive #29<br>Sparks, NV 89431 | $1,188.00 | $505.16 |
| 7 | Robert Jameson<br>1572 Mendenhall Dr. #2<br>San Jose, CA 95130 | $4,300.00 | $1,828.44 |
| 25 | Christopher Korinek<br>335 Ski Way Drive #352<br>Incline Village, NV 89451 | $4,300.00 | $1,828.44 |

April 21, 2005

Angelique L Clark- Bankruptcy Trustee

$4162.04
#76823