1  ANGELIQUE CLARK, TRUSTEE
   P O Box 50070
2  SPARKS, NV 89435
   Telephone: (775) 626-7083
3
   Trustee in Bankruptcy
4

5

6              **UNITED STATES BANKRUPTCY COURT**
                      **DISTRICT OF NEVADA**
7                     **NORTHERN NEVADA**

8  In re:                          | Case No. 99-33938

9                                  | Chapter 7
   PORTIVITY, INC
10                                 | TRUSTEE'S REPORT OF
                                   | DISTRIBUTION
11            Debtor(s)

12 The undersigned Trustee of the above-entitled estate hereby files this Trustee's Report of
   Distribution, and declares as follows:
13
   1.  That all assets and funds of the estate which have come under my control have been properly
14     accounted for as provided for by law, and all funds have been disbursed in accordance with
       the law.
15
   2.  An itemized statement of the Trustee's receipts and disbursements, showing a zero balance
16     of funds on hand, is attached hereto as U.S.T. FORM II (Estate Cash Receipts and
       Disbursements Record) together with bank statements and canceled checks.
17
   I certify under penalty of perjury that the foregoing is true and correct.  Therefore, pursuant to
18 FRBP 5009, I request that this report be accepted, that the Court order the case closed, that I be
   discharged as Trustee and that my bond be canceled.
19
   Date  May 13, 2005                    /s/ Angelique Clark
20                                       ANGELIQUE CLARK, TRUSTEE
                                         Trustee
21

22                REVIEW BY UNITED STATES TRUSTEE
23
   The United States Trustee has reviewed the foregoing TRUSTEE'S REPORT OF
24 DISTRIBUTION.

25                                       Office of the United States Trustee

26                                       By : /s/ Kristine Kinne

27

28

ANGELIQUE CLARK, TRUSTEE
P O Box 50070
SPARKS, NV 89435
Telephone: (775) 626-7083

Trustee in Bankruptcy

## TERMINATION REPORT

## EXHIBIT A

CASE NAME:        PORTIVITY, INC

CASE NUMBER:     99-33938

| | | | |
|---|---|---|---|
| **1.** | **GROSS CASH RECEIPTS** | $ | **31,567.72** |
| | **(FEES AND EXPENSES)** | | |
| 2. | TRUSTEE'S COMPENSATION | $ | 3,906.77 |
| 3. | FEE FOR TRUSTEE'S ATTORNEY | $ | 13,783.50 |
| 4. | TRUSTEE'S EXPENSES AND OTHER PROFESSIONAL FEES & EXPENSES (Including Fee for Debtor's Attorney) | $ | 4,467.59 |
| 5. | SECURED CREDITORS | $ | 0.00 |
| 6. | PRIORITY CREDITORS | $ | 9,409.86 |
| 7. | UNSECURED CREDITORS | $ | 0.00 |
| 8. | EQUITY SECURITY HOLDERS | $ | 0.00 |
| 9. | OTHER DISTRIBUTIONS (Including Payments to the Debtor and Registry of the Court) | $ | 0.00 |
| 10. | TOTAL DISBURSEMENTS (Sum 2 through 9 should equal Gross Cash Receipts) | $ | 31,567.72 |

# FORM 4 - Distribution Report for Closed Asset Cases

**PART A**

**Case No.** : 7839933938

**Case Name** : PORTIVITY, INC

**Date Filed/Converted to Ch. 7** : 12/30/99

**Date Submitted:** 05/13/05

**Trustee Name** : ANGELIQUE CLARK, TRUSTEE

| | $ AMOUNT RECEIVED | % OF RECEIPTS |
|---|---|---|
| | $31,567.72 | 100.00% |
| **GROSS RECEIPTS** | | |
| Less: Funds Paid to Debtor: | | |
| Exemptions | 0.00 | 0.00% |
| Excess Funds | 0.00 | 0.00% |
| Funds Paid to 3rd Parties | 0.00 | 0.00% |
| **NET RECEIPTS (basis for computing maximum trustee fee)** | $31,567.72 | 100.00% |

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---|---|---|
| **SECURED CLAIMS:** | | | |
| Real Estate | $0.00 | $0.00 | 0.00% |
| Personal Property & Intangibles | 0.00 | 0.00 | 0.00% |
| Internal Revenue Service Tax Liens | 0.00 | 0.00 | 0.00% |
| Other Governmental Tax Liens | 0.00 | 0.00 | 0.00% |
| **TOTAL SECURED CLAIMS** | $0.00 | $0.00 | 0.00% |
| PRIORITY CLAIMS: | | | |
| CHAPTER 7 ADMINISTRATIVE FEES 507(a)(1) and | | | |
| CHARGES under Title 28, Chapter 123: | | | |
| Trustee Fees | $3,906.77 | $3,906.77 | 12.38% |
| Trustee Expenses | 397.09 | 397.09 | 1.26% |
| Legal Fees & Expenses: | | | |
| Trustee's Firm Legal Fees | 13,783.50 | 13,783.50 | 43.66% |
| Trustee's Firm Legal Expenses | 0.00 | 0.00 | 0.00% |
| Other Firm's Legal Fees | 0.00 | 0.00 | 0.00% |
| Other Firm's Legal Expenses | 0.00 | 0.00 | 0.00% |
| Accounting Fees & Expenses: | | | |
| Trustee's Firm Accounting Fees | 0.00 | 0.00 | 0.00% |
| Trustee's Firm Accounting Expenses | 0.00 | 0.00 | 0.00% |
| Other Firm's Accounting Fees | 1,016.00 | 1,016.00 | 3.22% |
| Other Firm's Accounting Expenses | 0.00 | 0.00 | 0.00% |
| Real Estate Commissions | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Fees | 624.89 | 624.89 | 1.98% |
| Auctioneer/Liquidator Expenses | 0.00 | 0.00 | 0.00% |
| Other Professional Fees/Expenses | 0.00 | 0.00 | 0.00% |
| Expenses of Operating Business in Chapter 7 | 0.00 | 0.00 | 0.00% |
| Other Expenses | 2,429.61 | 2,429.61 | 7.70% |
| Income Tax - Internal Revenue Service | 0.00 | 0.00 | 0.00% |
| Other State or Local Income or Business Taxes | 0.00 | 0.00 | 0.00% |
| U.S. Trustee Fees | 0.00 | 0.00 | 0.00% |
| Court Costs | 0.00 | 0.00 | 0.00% |
| **TOTAL CHAPTER 7 ADMINISTRATIVE FEES & CHARGES** | $22,157.86 | $22,157.86 | 70.19% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1):** | $0.00 | $0.00 | 0.00% |
| **(From attached Part B)** | | | |
| WAGES 507(a)(3) | 22,129.44 | 9,409.86 | 29.81% |
| CONTRIBUTIONS: EMPLOYEE BENEFIT PLANS 507(a)(4) | 0.00 | 0.00 | 0.00% |
| ALIMONY & CHILD SUPPORT 507(a)(7) | 0.00 | 0.00 | 0.00% |
| CLAIMS ON GOVERNMENTAL UNITS 507(a)(8) | 0.00 | 0.00 | 0.00% |
| OTHER 507(a)(2), (5), (6) & (9) | 0.00 | 0.00 | 0.00% |
| **TOTAL PRIORITY CLAIMS: WAGES 507(a)(3) through** | $22,129.44 | $9,409.86 | 29.81% |
| **OTHER 507(a)(2),(5),(6) & (9)** | | | |
| **GENERAL UNSECURED CLAIMS** | $0.00 | $0.00 | 0.00% |
| **TOTAL DISBURSEMENTS** | $44,287.30 | $31,567.72 | 100.00% |

**PART B**    **FORM 4 - Distribution Report for Closed Asset Cases**

**Case No.**    : 7839933938
**Case Name** : PORTIVITY, INC
**Date Filed/Converted to Ch. 7 :** 12/30/99

**Date Submitted :** 05/13/05
**Trustee Name** : ANGELIQUE CLARK, TRUSTEE

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---|---|---|
| PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1): | | | |
| Trustee Fees | 0.00 | 0.00 | 0.00% |
| Trustee Expenses | 0.00 | 0.00 | 0.00% |
| Legal Fees & Expenses: | | | |
| Trustee's Firm Legal Fees | 0.00 | 0.00 | 0.00% |
| Trustee's Firm Legal Expenses | 0.00 | 0.00 | 0.00% |
| Other Firm's Legal Fees | 0.00 | 0.00 | 0.00% |
| Other Firm's Legal Expenses | 0.00 | 0.00 | 0.00% |
| Accounting Fees & Expenses: | | | |
| Trustee's Firm Accounting Fees | 0.00 | 0.00 | 0.00% |
| Trustee's Firm Accounting Expenses | 0.00 | 0.00 | 0.00% |
| Other Firm's Accounting Fees | 0.00 | 0.00 | 0.00% |
| Other Firm's Accounting Expenses | 0.00 | 0.00 | 0.00% |
| Real Estate Commissions | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Fees | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | 0.00 | 0.00 | 0.00% |
| Other Professional Fees/Expenses | 0.00 | 0.00 | 0.00% |
| Income Tax - Internal Revenue Service | 0.00 | 0.00 | 0.00% |
| Other State or Local Taxes | 0.00 | 0.00 | 0.00% |
| Operating Expenses | 0.00 | 0.00 | 0.00% |
| Other Expenses | 0.00 | 0.00 | 0.00% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES** | $0.00 | $0.00 | 0.00% |

Printed:  05/13/05 02:53 PM

# Claims Distribution Register

Page:  1

## Case:  99-33938    PORTIVITY, INC

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 6 | 02/23/00 | 800 | FIDELITY LEASING | 10,267.73 | 10,267.73 | 0.00 | 10,267.73 | 0.00 |
| | | | <4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)> | | | | | |
| 30 | 03/30/00 | 800 | PORTER, DARRELL 5438 S.  LOLA WAY ENGLEWOOD, CO 80111 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | <4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)> | | | | | |
| 37 | 05/03/00 | 800 | FRANSLER, DAVIS C/O NELS R. NELSON.,ESQ 400 HAMILTON AVE. PALO ALTO, CA 94301 | 108,441.54 | 108,441.54 | 0.00 | 108,441.54 | 0.00 |
| | | | <4220-00  Pers. Prop. & Intangibles--Nonconsensual Liens (judgements, storage liens)> | | | | | |
| 38 | 05/03/00 | 800 | HANLEY, MICHAEL P.O. BOX 1123 BOCA GRANDE, FL 33921 | 1,073,014.00 | 1,073,014.00 | 0.00 | 1,073,014.00 | 0.00 |
| | | | <4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)> | | | | | |
| 39 | 05/03/00 | 800 | HANLEY, MICHAEL C/O NELS NELSON, ESQ. 400 HAMLITON AVENUE PALO ALTO, CA 94301 | 240,903.00 | 240,903.00 | 0.00 | 240,903.00 | 0.00 |
| | | | <4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)> | | | | | |
| 41 | 05/04/00 | 800 | HANLEY, WILLIAM A P.O. BOX 1123 BOCA GRANDE, FL 33921 | 5,755.55 | 5,755.55 | 0.00 | 5,755.55 | 0.00 |
| | | | <4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)> | | | | | |
| 43 | 05/04/00 | 800 | HANLEY, WILLIAM A. P.O. BOX 1123 BOCA GRANDE, FL 33921 | 265,000.00 | 265,000.00 | 0.00 | 265,000.00 | 0.00 |
| | | | <4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)> | | | | | |
| 44 | 05/04/00 | 800 | PRYOR, JOHN P.O. BOX 1618 TELLURIDE, CO 81435 | 109,134.00 | 109,134.00 | 0.00 | 109,134.00 | 0.00 |
| | | | <4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)> | | | | | |
| 48 | 06/08/00 | 800 | HANLEY, WILLIAM A. P.O. BOX 1123 BOCA GRANDE, FL 33921 | 265,000.00 | 265,000.00 | 0.00 | 265,000.00 | 0.00 |
| | | | <4220-00  Pers. Prop. & Intangibles--Nonconsensual Liens (judgements, storage liens)> | | | | | |
| | | | **Total for Priority 800:    0% Paid** | $2,077,515.82 | $2,077,515.82 | $0.00 | $2,077,515.82 | $0.00 |
| | | | **Total for Secured Claims:** | $2,077,515.82 | $2,077,515.82 | $0.00 | $2,077,515.82 | $0.00 |

Printed:  05/13/05 02:53 PM

# Claims Distribution Register

Page: 2

## Case:  99-33938    PORTIVITY, INC

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch.  7 Claims:** | | | | | | | | |
| | 12/30/99 | 200 | CLARK, ANGELIQUE L.<br>7289 SILVER KING DR.<br>SPARKS, NV 89436<br><2200-00  Trustee Expenses> | 397.09 | 397.09 | 397.09 | 0.00 | 0.00 |
| | 12/30/99 | 200 | CLARK, ANGELIQUE L.<br><2100-00  Trustee Compensation> | 3,906.77 | 3,906.77 | 3,906.77 | 0.00 | 0.00 |
| | 12/30/99 | 200 | INTERNATIONAL SURETIES<br>210 BARONNE ST<br>STE 1700<br>NEW ORLEANS, LA 70112<br><2300-00  Bond Payments> | 32.91 | 32.91 | 32.91 | 0.00 | 0.00 |
| | 12/30/99 | 200 | LIGHTNING AUCTIONS<br>870 S. ROCK<br>SPARKS, NV 89431<br><3610-00  Auctioneer for Trustee Fees (including buyers premiums)> | 624.89 | 624.89 | 624.89 | 0.00 | 0.00 |
| | 12/30/99 | 200 | ARTHUR B. LEVINE-PREMIUM ACCOUNT<br><2300-00  Bond Payments> | 12.80 | 12.80 | 12.80 | 0.00 | 0.00 |
| | 12/30/99 | 200 | MOUNT ROSE MINI-STORAGE<br><2410-00  Admin. Rent (post-petition storage fees, leases, etc.)> | 481.90 | 481.90 | 481.90 | 0.00 | 0.00 |
| | 12/30/99 | 200 | ADP<br>ADP INVESTOR COMMUNICATIONS SERVICES<br>ATTN: LARRY SZABO 51 MERCEDES DRIVE<br>EDGEWOOD, NY 11711<br><2990-00  Other Chapter 7 Administrative Expenses> | 532.00 | 532.00 | 532.00 | 0.00 | 0.00 |
| | 12/30/99 | 200 | JOHN RAND, CPA<br>1325 AIRMOTIVE WAY<br>SUITE 125<br>RENO, NV 89502<br><3410-00  Accountant for Trustee Fees (Other Firm)> | 1,016.00 | 1,016.00 | 1,016.00 | 0.00 | 0.00 |
| | 12/30/99 | 200 | DIPIETRO & THORTON<br><2990-00  Other Chapter 7 Administrative Expenses> | 1,370.00 | 1,370.00 | 1,370.00 | 0.00 | 0.00 |
| | 12/30/99 | 200 | BELDING, HARRIS & PETRONI<br><3110-00  Attorney for Trustee Fees (Trustee Firm)> | 2,283.50 | 2,283.50 | 2,283.50 | 0.00 | 0.00 |
| | 12/30/99 | 200 | WOODBURN & WEDGE<br><3110-00  Attorney for Trustee Fees (Trustee Firm)> | 11,500.00 | 11,500.00 | 11,500.00 | 0.00 | 0.00 |
| | | | **Total for Priority 200:    100% Paid** | **$22,157.86** | **$22,157.86** | **$22,157.86** | **$0.00** | **$0.00** |
| | | | **Total for Admin Ch.  7 Claims:** | **$22,157.86** | **$22,157.86** | **$22,157.86** | **$0.00** | **$0.00** |

Printed: 05/13/05 02:53 PM

# Claims Distribution Register

Page: 3

## Case: 99-33938   PORTIVITY, INC

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Priority Claims:** | | | | | | | | |
| 2 | 01/20/00 | 510 | DONOVAN, KIM<br>2244 GREENBRAE DR    APT. #29<br>SPARKS, NV 89431<br><5300-00   Wages--§ 507(a)(3)> | 1,188.00 | 1,188.00 | 505.16 | 682.84 | 0.00 |
| 7 | 02/24/00 | 510 | JAMESON, ROBERT<br>1572 MENDENHALL DR APT #2<br>SAN JOSE, CA 95130<br><5300-00   Wages--§ 507(a)(3)> | 4,300.00 | 4,300.00 | 1,828.44 | 2,471.56 | 0.00 |
| 14 | 03/01/00 | 510 | CIERICO, SHERYL<br>P.O. BOX 414<br>VIRGINIA CITY, NV 89440<br><5300-00   Wages--§ 507(a)(3)> | 4,300.00 | 4,300.00 | 1,828.44 | 2,471.56 | 0.00 |
| 16 | 03/02/00 | 510 | DRUCKENMILLER, SCOTT D<br>3628 DRIFTING DR.<br>HELLERTOWN, PA 18055<br><5300-00   Wages--§ 507(a)(3)> | 6,878.88 | 3,741.44 | 1,590.94 | 2,150.50 | 0.00 |
| 25 | 03/21/00 | 510 | KORINEK, CHRISTOPHER M.<br>335 SKI WAY #352<br>INCLINE VILLAGE, NV 89451<br><5300-00   Wages--§ 507(a)(3)> | 4,300.00 | 4,300.00 | 1,828.44 | 2,471.56 | 0.00 |
| 36 | 05/01/00 | 510 | BOTTENBERG, KRIS<br>14180 SADDLEBOW DR.<br>RENO, NV 89511<br><5300-00   Wages--§ 507(a)(3)> | 4,300.00 | 4,300.00 | 1,828.44 | 2,471.56 | 0.00 |
| | | | **Total for Priority 510:   42.52191% Paid** | **$25,266.88** | **$22,129.44** | **$9,409.86** | **$12,719.58** | **$0.00** |
| 3 | 02/03/00 | 520 | GREAT WEST LIFE & ANNUITY<br>INS. CO<br>8515 EASE ORCHARD ROAD<br>ATTN: JAMES L. RAIRDON, 7T2<br>ENGLEWOOD, CO 80111<br><5400-00   Contributions to Employee Benefit Plans--§ 507(a)(4)> | 17,259.98 | 17,259.98 | 0.00 | 17,259.98 | 0.00 |
| 51 | 10/13/00 | 520 | STATE OF NV DEPARTMENT OF<br>EMPLOYMENT<br>1340 S. CURRY ST<br>CARSON CITY, NV 89710<br><5400-00   Contributions to Employee Benefit Plans--§ 507(a)(4)> | 13,749.00 | 13,749.00 | 0.00 | 13,749.00 | 0.00 |
| | | | **Total for Priority 520:   0% Paid** | **$31,008.98** | **$31,008.98** | **$0.00** | **$31,008.98** | **$0.00** |
| 31 | 04/06/00 | 550 | MCKESSIN WATER PRODUCTS<br>P.O. BOX 7126<br>PASADENA, CA 91109<br><5200-00   Unsecured Claims Allowed Under § 502(f) to § 507(a)(2)> | 218.60 | 218.60 | 0.00 | 218.60 | 0.00 |
| | | | **Priority 550:   0% Paid** | | | | | |

Printed: 05/13/05 02:53 PM

# Claims Distribution Register

Page: 4

## Case: 99-33938   PORTIVITY, INC

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 47 | 06/05/00 | 570 | STATE OF NV DEPARTMENT OF TAXATION 500 EAST THIRD STREET CARSON CITY, NV 89713 <5800-00  Claims of Governmental Units--§ 507(a)(8)> | 145.98 | 145.98 | 0.00 | 145.98 | 0.00 |
| | | | Priority 570:   0% Paid | | | | | |
| 45 | 05/04/00 | 580 | PERALDO, RONALD L. 3145 N PARK MANOR WINNEMUCCA, NV 89445 <5900-00  Federal Depository Institutions--§ 507(a)(9)> STOCK | 2,103.65 | 2,103.65 | 0.00 | 2,103.65 | 0.00 |
| | | | Priority 580:   0% Paid | | | | | |
| | | | **Total for Priority Claims:** | **$58,744.09** | **$55,606.65** | **$9,409.86** | **$46,196.79** | **$0.00** |

**Unsecured Claims:**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 1 | 01/18/00 | 610 | ATLAS VAN LINES INC. P.O. BOX 509 1212 ST. GEORGE RD. EVANSVILLE, IN 47703 <7100-00  General Unsecured § 726(a)(2)> | 5,466.77 | 5,466.77 | 0.00 | 5,466.77 | 0.00 |
| 3 | 02/03/00 | 610 | GREAT-WEST LIFE & ANNUITY INS. CO. 8515 EAST ORCHARD ROAD ATTN: JAMES L. RAIRDON ENGLEWOOD, CO 80111 <7100-00  General Unsecured § 726(a)(2)> | 14,055.16 | 14,055.16 | 0.00 | 14,055.16 | 0.00 |
| 4 | 02/15/00 | 610 | DON'S MAINTENANCE SERVICE 5720 CONTE DR. CARSON CITY, NV 89701 <7100-00  General Unsecured § 726(a)(2)> | 492.00 | 492.00 | 0.00 | 492.00 | 0.00 |
| 5 | 02/17/00 | 610 | BURGARELLO ALARM, INC P.O. BOX 2883 SPARKS, NV 89432 <7100-00  General Unsecured § 726(a)(2)> | 420.81 | 420.81 | 0.00 | 420.81 | 0.00 |
| 7U | 02/24/00 | 610 | JAMESON, ROBERT 1572 MENDENHALL DR APT #2 SAN JOSE, CA 95130 <7100-00  General Unsecured § 726(a)(2)> | 4,220.00 | 4,220.00 | 0.00 | 4,220.00 | 0.00 |
| 8 | 02/25/00 | 610 | TARA SYSTEMS & SERVICES 1235 COMMERCE ROAD SUITE E MORROW, GA 30260 <7100-00  General Unsecured § 726(a)(2)> | 5,579.76 | 5,579.76 | 0.00 | 5,579.76 | 0.00 |

Printed: 05/13/05 02:53 PM

# Claims Distribution Register

Page: 5

## Case: 99-33938   PORTIVITY, INC

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 9 | 02/25/00 | 610 | KINDELBERGER CONSULTING<br>2180 PARLIAMENT DRIVE<br>LAWRENCWVILLE, GA 30043<br><7100-00  General Unsecured § 726(a)(2)> | 9,950.00 | 9,950.00 | 0.00 | 9,950.00 | 0.00 |
| 10 | 02/25/00 | 610 | ADP<br>ADP INVESTOR COMMUNICATION SERVICES<br>ATTN: LARRY SZABO 51 MERCEDES DRIVE<br>EDGEWOOD, NY 11711<br><7100-00  General Unsecured § 726(a)(2)> | 29,074.73 | 29,074.73 | 0.00 | 29,074.73 | 0.00 |
| 11 | 02/25/00 | 610 | META GROUP, INC<br>208 HARBOR DRIVE<br>ATTN: KIM BANDINI<br>STAMFORD, CT 06912<br><7100-00  General Unsecured § 726(a)(2)> | 56,000.00 | 56,000.00 | 0.00 | 56,000.00 | 0.00 |
| 12 | 02/28/00 | 610 | BREIDENBACH, SUSAN<br>3528 Herons Circle<br>Reno,, NV 89502<br><7100-00  General Unsecured § 726(a)(2)><br>New address as of 2-27-02 | 7,000.00 | 7,000.00 | 0.00 | 7,000.00 | 0.00 |
| 13 | 03/01/00 | 610 | INFORMATION MANAGEMENT INTL,<br>INC.<br>2548 ZANKER ROAD<br>SAN JOSE, CA 95131<br><7100-00  General Unsecured § 726(a)(2)> | 5,745.70 | 5,745.70 | 0.00 | 5,745.70 | 0.00 |
| 14U | 03/01/00 | 610 | CIERICO, SHERYL<br>P.O. BOX 414<br>VIRGINIA CITY, NV 89440<br><7100-00  General Unsecured § 726(a)(2)> | 2,126.08 | 2,126.08 | 0.00 | 2,126.08 | 0.00 |
| 15 | 03/02/00 | 610 | ADP INVESTOR COMMUNICATION<br>SERVICES, INC<br>51 MERCEDES DRIVE<br>ATTN: LARRY SZABO<br>EDGEWOOD, NY 11711<br><7100-00  General Unsecured § 726(a)(2)> | 6,597.92 | 6,597.92 | 0.00 | 6,597.92 | 0.00 |
| 16U | 03/02/00 | 610 | DRUCKENMILLER, SCOTT D<br>3628 DRIFTING DR.<br>HELLERTOWN, PA 18055<br><7100-00  General Unsecured § 726(a)(2)> | 6,878.88 | 3,137.44 | 0.00 | 3,137.44 | 0.00 |
| 17 | 03/03/00 | 610 | AIRWAYS FREIGH CORP.<br>SCOTT & GOLDAN<br>P.O. BOX 4607<br>ANAHEIM, CA 92803<br><7100-00  General Unsecured § 726(a)(2)> | 1,738.22 | 1,738.22 | 0.00 | 1,738.22 | 0.00 |
| 18 | 03/06/00 | 610 | TECH DATA CORPORATION<br>5301 TECH DATA DRIVE<br>CLEARWATER, FL 33760<br><7100-00  General Unsecured § 726(a)(2)> | 1,429.53 | 1,429.53 | 0.00 | 1,429.53 | 0.00 |

Printed: 05/13/05 02:53 PM                    **Claims Distribution Register**                    Page: 6

## Case: 99-33938    PORTIVITY, INC

| Claim # | Date | Pri | Claimant / Proof > <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---------|------|-----|--------------------------------------|--------------|----------------|--------------|---------------|------------------|
| 19 | 03/06/00 | 610 | BROWNE OF LOS ANGELES, INC<br>2103 E. UNIVERSITY DR.<br>ATTN: STACEY WYCKOFF<br>COMPTON, CA 90220<br><7100-00   General Unsecured § 726(a)(2)> | 9,336.39 | 9,336.39 | 0.00 | 9,336.39 | 0.00 |
| 20 | 03/07/00 | 610 | RESIDENCE INN BY MARRIOTT<br>9845 GATEWAY DRIVE<br>RENO, NV 89511<br><7100-00   General Unsecured § 726(a)(2)> | 6,505.51 | 6,505.51 | 0.00 | 6,505.51 | 0.00 |
| 21 | 03/07/00 | 610 | PROMOTION DESIGN GROUP, INC<br>JEFF GORDON<br>4225 VALLEY FAIR STREET, SUITE 107<br>SIMI VALLEY, CA 93063<br><7100-00   General Unsecured § 726(a)(2)> | 1,157.21 | 1,157.21 | 0.00 | 1,157.21 | 0.00 |
| 22 | 03/08/00 | 610 | AMERICAN REVENUE<br>MANAGEMENT, INC<br>675 HEGENBERGER RD.<br>SUITE 200<br>OAKLAND, CA 94621<br><7100-00   General Unsecured § 726(a)(2)> | 30,906.84 | 30,906.84 | 0.00 | 30,906.84 | 0.00 |
| 23 | 03/14/00 | 610 | PACIFIC BELL<br>ATTN: BANKRUPTCY RECOVERY CENTER<br>P.O. BOX 489<br>MONTEBELLO, CA 90640<br><7100-00   General Unsecured § 726(a)(2)> | 2,650.43 | 2,650.43 | 0.00 | 2,650.43 | 0.00 |
| 24 | 03/20/00 | 610 | TECHNICAL & SCIENTIFIC<br>APPLICATION, INC<br>MARTINEC, WINN, VICKERS, ET AL<br>100 CONGRESS AVE. STE. 1050<br>AUSTIN, TX 78701<br><7100-00   General Unsecured § 726(a)(2)> | 9,875.18 | 9,875.18 | 0.00 | 9,875.18 | 0.00 |
| 25U | 03/21/00 | 610 | KORINEK, CHRISTOPHER M.<br>335 SKI WAY<br>#352<br>INCLINE VILLAGE, NV 89451<br><7100-00   General Unsecured § 726(a)(2)> | 10,736.62 | 10,736.62 | 0.00 | 10,736.62 | 0.00 |
| 26 | 03/22/00 | 610 | COMMONWEALTH OF<br>PENNSYLVANIA DEPT OF LABOR &<br>INDU<br>1171 S CAMERON STREET ROOM-312<br>ATTN: BRUCE HENRY, BANKRUPTCY<br>HARRISBURG, PA 17104<br><7100-00   General Unsecured § 726(a)(2)> | 145.67 | 145.67 | 0.00 | 145.67 | 0.00 |
| 27 | 03/24/00 | 610 | FIDELITY LEASING<br><7100-00   General Unsecured § 726(a)(2)> | 5,767.73 | 5,767.73 | 0.00 | 5,767.73 | 0.00 |

Printed:  05/13/05 02:53 PM

# Claims Distribution Register

Page:  7

## Case:  99-33938    PORTIVITY, INC

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 28 | 03/27/00 | 610 | DOCUMENTUM<br>6801 KOLL CENTER PKWY<br>PLEASANTON, CA 94566<br><7100-00  General Unsecured § 726(a)(2)> | 65,470.00 | 65,470.00 | 0.00 | 65,470.00 | 0.00 |
| 29 | 03/29/00 | 610 | CYCLONCIS, INC<br>345 N. STATE ROAD<br>MEDINA, OH 44256<br><7100-00  General Unsecured § 726(a)(2)> | 8,072.00 | 8,072.00 | 0.00 | 8,072.00 | 0.00 |
| 32 | 04/10/00 | 610 | CONCENTRIC NETWORK CORP.<br>1400 PARKMOOR AVE.<br>ATTN:CREDIT MGR<br>SAN JOSE, CA 95126<br><7100-00  General Unsecured § 726(a)(2)> | 3,817.94 | 3,817.94 | 0.00 | 3,817.94 | 0.00 |
| 33 | 04/10/00 | 610 | MASTROMONACO, LEONARD P.<br>445 BUSH STREET<br>SUITE 600<br>SAN FRANCISCO, CA 94108<br><7100-00  General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 34 | 04/13/00 | 610 | FARKAS, MILTON<br>985 E 10TH STREET<br>BROOKLYN, NY 11230<br><7100-00  General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 35 | 04/28/00 | 610 | CARPENTER, PAUL<br>BEER STEARNS SECURITIES CORP<br>ONE METROTECH CENTER NORTH<br>BROOKLYN, NY 11201<br><7100-00  General Unsecured § 726(a)(2)> | 4,884.00 | 4,884.00 | 0.00 | 4,884.00 | 0.00 |
| 36U | 05/01/00 | 610 | BOTTENBERG, KRIS<br>14180 SADDLEBOW DR.<br>RENO, NV 89511<br><7100-00  General Unsecured § 726(a)(2)> | 5,979.10 | 5,979.10 | 0.00 | 5,979.10 | 0.00 |
| 40 | 05/04/00 | 610 | DIGITAL DELI INCORPORATED<br>DARCY M. PERTCHECK, ESQ.<br>155 MONTGOMERY STREET, SUITE 1200<br>SAN FRANCISCO, CA 94104<br><7100-00  General Unsecured § 726(a)(2)> | 111,880.25 | 111,880.25 | 0.00 | 111,880.25 | 0.00 |
| 42 | 05/04/00 | 610 | SMAGALA, JANET V.<br>12595 WATER LILY<br>RENO, NV 89511<br><7100-00  General Unsecured § 726(a)(2)> | 3,990.39 | 3,990.39 | 0.00 | 3,990.39 | 0.00 |
| 46 | 05/04/00 | 610 | FRESHMAN, ARANTZ, ORLANSKI,<br>COOPER & KLEIN<br>WILLIAM J. BERNFIELD, ESQ<br>9100 WILSHIRE BLVD. 8TH FLOOR<br>BEVERLY HILLS, CA 90212<br><7100-00  General Unsecured § 726(a)(2)> | 44,294.86 | 44,294.86 | 0.00 | 44,294.86 | 0.00 |

Printed:  05/13/05 02:53 PM

# Claims Distribution Register

Page:  8

## Case:  99-33938    PORTIVITY, INC

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 47 | 06/05/00 | 610 | STATE OF NV DEPARTMENT OF TAXATION<br>1340 S. CURRY ST.<br>CARSON CITY, NV 89710<br><7100-00   General Unsecured § 726(a)(2)> | 184.25 | 184.25 | 0.00 | 184.25 | 0.00 |
| 49 | 06/21/00 | 610 | FIDELITY LEASING<br><7100-00   General Unsecured § 726(a)(2)> | 5,767.73 | 5,767.73 | 0.00 | 5,767.73 | 0.00 |
| 50 | 07/03/00 | 610 | A.T.& T C/O REGEN CAPITAL<br>P.O. bOX 626<br>Planetarium Station<br>New York,, NY 10024-0540<br><7100-00   General Unsecured § 726(a)(2)> | 44,402.97 | 44,402.97 | 0.00 | 44,402.97 | 0.00 |
| | | | **Total for Priority 610:    0% Paid** | **$532,600.63** | **$528,859.19** | **$0.00** | **$528,859.19** | **$0.00** |
| | | | **Total for Unsecured Claims:** | **$532,600.63** | **$528,859.19** | **$0.00** | **$528,859.19** | **$0.00** |
| | | | **Total for Case :** | **$2,691,018.40** | **$2,684,139.52** | **$31,567.72** | **$2,652,571.80** | **$0.00** |

# Form 2

## Cash Receipts And Disbursements Record

Case 99-33938-gwz    Doc 63    Entered 06/13/05 07:46:50    Page 13 of 24

| Case Number: | 99-33938 GWZ | | Trustee: | ANGELIQUE CLARK, TRUSTEE (480200) |
| Case Name: | PORTIVITY, INC | | Bank Name: | JPMORGAN CHASE BANK |
| | | | Account: | 312-9080899-65 - Money Market Account |
| Taxpayer ID #: | 88-0238203 | | Blanket Bond: | $6,000,000.00  (per case limit) |
| Period Ending: | 05/13/05 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 06/06/02 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS TO OPEN NEW BANK ACCOUNT WITH CHASE BRANCH 312 | 9999-000 | 14,043.01 | | 14,043.01 |
| 06/28/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.8000% | 1270-000 | 7.70 | | 14,050.71 |
| 07/31/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.8000% | 1270-000 | 9.55 | | 14,060.26 |
| 08/30/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.7500% | 1270-000 | 8.96 | | 14,069.22 |
| 09/30/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.7500% | 1270-000 | 8.68 | | 14,077.90 |
| 10/31/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.7500% | 1270-000 | 8.97 | | 14,086.87 |
| 11/29/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4300% | 1270-000 | 5.84 | | 14,092.71 |
| 12/31/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4300% | 1270-000 | 5.15 | | 14,097.86 |
| 01/23/03 | 1001 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/20/2003 FOR CASE #99-33938, Bond # 106027952 | 2300-000 | | 15.54 | 14,082.32 |
| 01/31/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4300% | 1270-000 | 5.15 | | 14,087.47 |
| 02/28/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4300% | 1270-000 | 4.65 | | 14,092.12 |
| 03/31/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4000% | 1270-000 | 4.93 | | 14,097.05 |
| 04/30/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4000% | 1270-000 | 4.64 | | 14,101.69 |
| 05/30/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4000% | 1270-000 | 4.79 | | 14,106.48 |
| 06/30/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3000% | 1270-000 | 3.90 | | 14,110.38 |
| 07/31/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3000% | 1270-000 | 3.60 | | 14,113.98 |
| 08/29/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 3.00 | | 14,116.98 |
| 09/30/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 2.90 | | 14,119.88 |
| 10/27/03 | Int | JPMORGAN CHASE BANK | Current Interest Rate is 0.2000% | 1270-000 | 2.32 | | 14,122.20 |
| 10/27/03 | | To Account #31290809966 | *TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 14,122.20 | 0.00 |

| | | Subtotals : | $14,137.74 | $14,137.74 | |

{} Asset reference(s)                                                                                  Printed: 05/13/2005 02:52 PM    V.6.40

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 99-33938 GWZ |
| --- | --- |
| Case Name: | PORTIVITY, INC |
| Taxpayer ID #: | 88-0238203 |
| Period Ending: | 05/13/05 |

| Trustee: | ANGELIQUE CLARK, TRUSTEE (480200) |
| --- | --- |
| Bank Name: | JPMORGAN CHASE BANK |
| Account: | 312-9080899-65 - Money Market Account |
| Blanket Bond: | $6,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | | | | | | $0.00 |
| | | | ACCOUNT TOTALS | | 14,137.74 | 14,137.74 | |
| | | | Less: Bank Transfers | | 14,043.01 | 14,122.20 | |
| | | | Subtotal | | 94.73 | 15.54 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $94.73 | $15.54 | |

{} Asset reference(s)

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 99-33938 GWZ |
| Case Name: | PORTIVITY, INC |
| Taxpayer ID #: | 88-0238203 |
| Period Ending: | 05/13/05 |

| Trustee: | ANGELIQUE CLARK, TRUSTEE (480200) |
| Bank Name: | JPMORGAN CHASE BANK |
| Account: | 312-9080899-66 - Checking Account |
| Blanket Bond: | $6,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/27/03 | | From Account #31290809965 | *TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 14,122.20 | | 14,122.20 |
| 11/18/03 | 101 | JOHN RAND, CPA | | 3410-000 | | 1,016.00 | 13,106.20 |
| 01/13/04 | 102 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/13/2004 FOR CASE #99-33938, 2004 Bond | 2300-000 | | 17.37 | 13,088.83 |
| 04/26/04 | {1} | LIGHTNING | REFUND OF OVERPAYMENT | 1180-000 | 624.89 | | 13,713.72 |
| 01/14/05 | 103 | CLARK, ANGELIQUE L. | Dividend paid 100.00% on $397.09, Trustee Expenses; Reference: | 2200-000 | | 397.09 | 13,316.63 |
| 01/14/05 | 104 | CLARK, ANGELIQUE L. | Dividend paid 100.00% on $3,906.77, Trustee Compensation; Reference: | 2100-000 | | 3,906.77 | 9,409.86 |
| 01/14/05 | 105 | DONOVAN, KIM | Dividend paid 42.52% on $1,188.00; Claim# 2; Filed: $1,188.00; Reference: Stopped on 04/21/05 | 5300-000 | | 505.16 | 8,904.70 |
| 01/14/05 | 106 | JAMESON, ROBERT | Dividend paid 42.52% on $4,300.00; Claim# 7; Filed: $4,300.00; Reference: Stopped on 04/21/05 | 5300-000 | | 1,828.44 | 7,076.26 |
| 01/14/05 | 107 | CIERICO, SHERYL | Dividend paid 42.52% on $4,300.00; Claim# 14; Filed: $4,300.00; Reference: | 5300-000 | | 1,828.44 | 5,247.82 |
| 01/14/05 | 108 | DRUCKENMILLER, SCOTT D | Dividend paid 42.52% on $3,741.44; Claim# 16; Filed: $6,878.88; Reference: | 5300-000 | | 1,590.94 | 3,656.88 |
| 01/14/05 | 109 | KORINEK, CHRISTOPHER M. | Dividend paid 42.52% on $4,300.00; Claim# 25; Filed: $4,300.00; Reference: Voided on 04/21/05 | 5300-000 | | 1,828.44 | 1,828.44 |
| 01/14/05 | 110 | BOTTENBERG, KRIS | Dividend paid 42.52% on $4,300.00; Claim# 36; Filed: $4,300.00; Reference: | 5300-000 | | 1,828.44 | 0.00 |
| | | | Subtotals : | | $14,747.09 | $14,747.09 | |

{} Asset reference(s)

Printed: 05/13/2005 02:52 PM    V.6.40

Case 99-33938-gwz    Doc 63    Entered 06/13/05 07:46:50    Page 16 of 24

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 99-33938 GWZ
**Case Name:** PORTIVITY, INC

**Taxpayer ID #:** 88-0238203
**Period Ending:** 05/13/05

**Trustee:** ANGELIQUE CLARK, TRUSTEE (480200)
**Bank Name:** JPMORGAN CHASE BANK
**Account:** 312-9080899-66 - Checking Account
**Blanket Bond:** $6,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/21/05 | 105 | DONOVAN, KIM | Dividend paid 42.52% on $1,188.00; Claim# 2; Filed: $1,188.00; Reference: Stopped: check issued on 01/14/05 | 5300-000 | | -505.16 | 505.16 |
| 04/21/05 | 106 | JAMESON, ROBERT | Dividend paid 42.52% on $4,300.00; Claim# 7; Filed: $4,300.00; Reference: Stopped: check issued on 01/14/05 | 5300-000 | | -1,828.44 | 2,333.60 |
| 04/21/05 | 109 | KORINEK, CHRISTOPHER M. | Dividend paid 42.52% on $4,300.00; Claim# 25; Filed: $4,300.00; Reference: Voided: check issued on 01/14/05 | 5300-000 | | -1,828.44 | 4,162.04 |
| 04/21/05 | 111 | CLERK, U.S. BANKRUPTCY COURT | unclaimed funds | 5300-000 | | 4,162.04 | 0.00 |
| | | | 505.16 | 5300-001 | | | 0.00 |
| | | | 1,828.44 | 5300-000 | | | 0.00 |
| | | | 1,828.44 | 5300-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 14,747.09 | 14,747.09 | $0.00 |
| | | | Less: Bank Transfers | | 14,122.20 | 0.00 | |
| | | | Subtotal | | 624.89 | 14,747.09 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $624.89 | $14,747.09 | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Case 99-33038-gwz    Doc 63    Entered 06/13/05 07:46:59    Page

**Case Number:** 99-33038 GWZ
**Case Name:** PORTIVITY, INC

**Taxpayer ID #:** 88-0238203
**Period Ending:** 05/13/05

**Trustee:** ANGELIQUE CLARK, TRUSTEE (480200)
**Bank Name:** FIRST BANK
**Account:** 4150004567 - TIERED SAVINGS ACCOUNT
**Blanket Bond:** $6,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 10/30/00 | | FIRST BANK | TRANSFER FROM CERTIFICATE OF DEPOSIT ACCOUNT #701115412 | 9999-000 | 2,572.85 | | 2,572.85 |
| 12/27/00 | Int | FIRST BANK | INTEREST EARNED | 1270-000 | 8.18 | | 2,581.03 |
| 03/28/01 | Int | FIRST BANK | INTEREST EARNED | 1270-000 | 12.86 | | 2,593.89 |
| 06/29/01 | Int | FIRST BANK | INTEREST EARNED | 1270-000 | 13.36 | | 2,607.25 |
| 07/31/01 | Int | FIRST BANK | INTEREST EARNED | 1270-000 | 4.43 | | 2,611.68 |
| 08/31/01 | Int | FIRST BANK | INTEREST EARNED | 1270-000 | 4.44 | | 2,616.12 |
| 09/20/01 | | FIRST BANK | TRANSFER FROM CHECKING ACCOUNT #9415912441 | 9999-000 | 11,300.00 | | 13,916.12 |
| 09/28/01 | Int | FIRST BANK | INTEREST EARNED | 1270-000 | 4.35 | | 13,920.47 |
| 10/31/01 | Int | FIRST BANK | INTEREST EARNED | 1270-000 | 10.77 | | 13,931.24 |
| 11/30/01 | Int | FIRST BANK | INTEREST EARNED | 1270-000 | 8.59 | | 13,939.83 |
| 12/31/01 | Int | FIRST BANK | INTEREST EARNED | 1270-000 | 8.88 | | 13,948.71 |
| 01/04/02 | | FIRST BANK | TRANSFER FROM CHECKING ACCOUNT #9415912441 | 9999-000 | 64.16 | | 14,012.87 |
| 01/31/02 | Int | FIRST BANK | INTEREST EARNED | 1270-000 | 8.92 | | 14,021.79 |
| 02/28/02 | Int | FIRST BANK | INTEREST EARNED | 1270-000 | 8.07 | | 14,029.86 |
| 03/25/02 | | FIRST BANK | TRANSFER INTO CHECKING ACCOUNT #9415912441 | 9999-000 | | 12.80 | 14,017.06 |
| 03/29/02 | Int | FIRST BANK | Interest Earned | 1270-000 | 8.94 | | 14,026.00 |
| 04/30/02 | Int | FIRST BANK | Interest Earned | 1270-000 | 8.65 | | 14,034.65 |
| 05/29/02 | Int | FIRST BANK | FINAL INTEREST | 1270-000 | 8.36 | | 14,043.01 |
| 06/06/02 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS TO OPEN NEW BANK ACCOUNT WITH CHASE BRANCH 312 | 9999-000 | | 14,043.01 | 0.00 |

| | | | | Subtotals : | $14,055.81 | $14,055.81 | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 99-33938 GWZ |
| Case Name: | PORTIVITY, INC |
| Taxpayer ID #: | 88-0238203 |
| Period Ending: | 05/13/05 |

| Trustee: | ANGELIQUE CLARK, TRUSTEE (480200) |
| Bank Name: | FIRST BANK |
| Account: | 4150004567 - TIERED SAVINGS ACCOUNT |
| Blanket Bond: | $6,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 14,055.81 | 14,055.81 | $0.00 |
| | | | Less: Bank Transfers | | 13,937.01 | 14,055.81 | |
| | | | Subtotal | | 118.80 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $118.80 | $0.00 | |

{} Asset reference(s)

Page: 7

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 99-33938 GWZ |
| Case Name: | PORTIVITY, INC |
| Taxpayer ID #: | 88-0238203 |
| Period Ending: | 05/13/05 |

| Trustee: | ANGELIQUE CLARK, TRUSTEE (480200) |
| Bank Name: | SACRAMENTO COMMERICAL BANK |
| Account: | 701115412 - CERTIFICATE OF DEPOSIT |
| Blanket Bond: | $6,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Time Deposit Account Balance |
|---|---|---|---|---|---|---|---|
| 03/27/00 | | SACRAMENTO COMMERICAL BANK | TRANSFER FROM CHECKING ACCOUNT #801099847 | 9999-000 | 2,500.00 | | 2,500.00 |
| 04/26/00 | Int | SACRAMENTO COMMERICAL BANK | INTEREST EARNED | 1270-000 | 9.76 | | 2,509.76 |
| 05/26/00 | Int | SACRAMENTO COMMERICAL BANK | INTEREST EARNED | 1270-000 | 10.07 | | 2,519.83 |
| 06/25/00 | Int | SACRAMENTO COMMERICAL BANK | INTEREST EARNED | 1270-000 | 10.11 | | 2,529.94 |
| 07/25/00 | Int | SACRAMENTO COMMERICAL BANK | INTEREST EARNED | 1270-000 | 10.15 | | 2,540.09 |
| 08/24/00 | Int | SACRAMENTO COMMERICAL BANK | INTEREST EARNED | 1270-000 | 10.19 | | 2,550.28 |
| 09/23/00 | Int | SACRAMENTO COMMERICAL BANK | INTEREST EARNED | 1270-000 | 11.26 | | 2,561.54 |
| 10/23/00 | Int | SACRAMENTO COMMERICAL BANK | INTEREST EARNED | 1270-000 | 11.31 | | 2,572.85 |
| 10/30/00 | | SACRAMENTO COMMERICAL BANK | TRANSFER INTO TIERED SAVINGS ACCOUNT #4150004567 | 9999-000 | | 2,572.85 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 2,572.85 | 2,572.85 | $0.00 |
| | | | Less: Bank Transfers | | 2,500.00 | 2,572.85 | |
| | | | **Subtotal** | | 72.85 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $72.85 | $0.00 | |

{} Asset reference(s)

Printed: 05/13/2005 02:52 PM    V.6.40

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 99-33938 GWZ |
|---|---|
| Case Name: | PORTIVITY, INC |
| Taxpayer ID #: | 88-0238203 |
| Period Ending: | 05/13/05 |

| Trustee: | ANGELIQUE CLARK, TRUSTEE (480200) |
|---|---|
| Bank Name: | SACRAMENTO COMMERICAL BANK |
| Account: | 801099847 - CHECKING ACCOUNT |
| Blanket Bond: | $6,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/28/00 | {1} | LUCINI PARISH | INSURANCE REFUND | 1180-000 | 3,781.84 | | 3,781.84 |
| 02/04/00 | 1 | ADP | CLAIM 1 (CLAIM NO. 1) | 2990-000 | | 282.00 | 3,499.84 |
| 02/04/00 | 2 | MOUNT ROAS MINI-STORAGE | CLAIM EXP (CLAIM NO.EXP) | 2410-000 | | 115.00 | 3,384.84 |
| 03/10/00 | 3 | ADP | CLAIM 1 (CLAIM NO. 1) | 2990-000 | | 250.00 | 3,134.84 |
| 03/27/00 | 4 | MOUNT ROAS MINI-STORAGE | CLAIM EXP (CLAIM NO.EXP) | 2410-000 | | 115.00 | 3,019.84 |
| 03/27/00 | | SACRAMENTO COMMERICAL BANK | TRANSFER INTO CERTIFICATE OF DEPOSIT ACCOUNT #70115412 | 9999-000 | | 2,500.00 | 519.84 |
| 05/26/00 | 5 | MOUNT ROAS MINI-STORAGE | CLAIM EXP (CLAIM NO.EXP)` | 2410-000 | | 251.90 | 267.94 |
| 08/18/00 | {2} | LIGHTING AUCTIONS | COMPUTERAND COMPONANTS | 1129-000 | 1,874.61 | | 2,142.55 |
| 08/28/00 | 6 | LIGHTING AUCTIONS | CLAIM ADMIN | 3610-000 | | 624.89 | 1,517.66 |
| 10/30/00 | | SACRAMENTO COMMERICAL BANK | TRANSFER INTO CHECKING ACCOUNT #9415912441 | 9999-000 | | 1,517.66 | 0.00 |

| | | | ACCOUNT TOTALS | | 5,656.45 | 5,656.45 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,017.66 | |
| | | | Subtotal | | 5,656.45 | 1,638.79 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,656.45 | $1,638.79 | |

{} Asset reference(s)

Page: 9

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 99-33938 GWZ
**Case Name:** PORTIVITY, INC

**Taxpayer ID #:** 88-0238203
**Period Ending:** 05/13/05

**Trustee:** ANGELIQUE CLARK, TRUSTEE (480200)
**Bank Name:** FIRST BANK
**Account:** 9415912441 - CHECKING ACCOUNT
**Blanket Bond:** $6,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref#}/ Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/30/00 | | FIRST BANK | TRANSFER FROM CHECKING ACCOUNT #801099847 | 9999-000 | 1,517.66 | | 1,517.66 |
| 03/20/01 | 1001 | DIPIETRO & THORNTON | CLAIM ADMIN (CLAIM NO. ADMIN) | 2990-000 | | 1,060.00 | 457.66 |
| 06/27/01 | {3} | WOODBURN / WEDGE | BOUCHARD SETTLEMENT | 1290-000 | 25,000.00 | | 25,457.66 |
| 06/27/01 | 1002 | BELDING, HARRIS & PETRONI | CLAIM ATTORNEY (CLAIM NO. ATTORNEY) | 3110-000 | | 2,283.50 | 23,174.16 |
| 06/27/01 | 1003 | WOODBURN & WEDGE | CLAIM ATTORNEY (CLAIM NO ATTORNEY) | 3110-000 | | 11,500.00 | 11,674.16 |
| 08/01/01 | 1004 | DIPIETRO & THORNTON | CLAIM ADMIN (CLAIM NO. ADMIN) | 2990-000 | | 310.00 | 11,364.16 |
| 09/20/01 | | FIRST BANK | TRANSFER INTO TIERED SAVINGS ACCOUNT #4150004567 | 9999-000 | | 11,300.00 | 64.16 |
| 01/04/02 | | FIRST BANK | TRANSFER INTO TIERED SAVINGS ACCOUNT #4150004567 | 9999-000 | | 64.16 | 0.00 |
| 03/25/02 | | FIRST BANK | TRANSFER INTO TIERED SAVINGS ACCOUNT #4150004567 | 9999-000 | 12.80 | | 12.80 |
| 03/25/02 | | ARTHUR B. LEVINE-PREMIUM ACCOUNT | PRO-RATION OF ANNUAL BOND PREMIUM (NOTE 1:11119539549 | 2300-000 | | 12.80 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 26,530.46 | 26,530.46 | $0.00 |
| | | | Less: Bank Transfers | | 1,530.46 | 11,364.16 | |
| | | | **Subtotal** | | 25,000.00 | 15,166.30 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $25,000.00 | $15,166.30 | |

{} Asset reference(s)

Printed: 05/13/2005 02:52 PM    V.6.40

Page: 10

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 99-33938 GWZ
**Case Name:** PORTIVITY, INC

**Taxpayer ID #:** 88-0238203
**Period Ending:** 05/13/05

**Trustee:** ANGELIQUE CLARK, TRUSTEE (480200)
**Bank Name:** FIRST BANK
**Account:** 9415912441 - CHECKING ACCOUNT
**Blanket Bond:** $6,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | | | | | |
| | | 31,567.72 | | | | | |
| | | Net Estate : $31,567.72 | | | | | |

| | | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|
| | | MMA # 312-9080899-65 | 94.73 | 15.54 | 0.00 |
| | | Checking # 312-9080899-66 | 624.89 | 14,747.09 | 0.00 |
| | | MMA # 4150004567 | 118.80 | 0.00 | 0.00 |
| | | CD # 701115412 | 72.85 | 0.00 | 0.00 |
| | | Checking # 801099847 | 5,656.45 | 1,638.79 | 0.00 |
| | | Checking # 9415912441 | 25,000.00 | 15,166.30 | 0.00 |
| | | | $31,567.72 | $31,567.72 | $0.00 |

{} Asset reference(s)

Printed: 05/13/2005 02:52 PM    V.6.40



April 1 - April 30, 2005
**Page 1 of 2**

**Customer Service**

312-00312-E000-00312- H    -113-9-01-W X -1 00-

99-33938 PORTIVITY INC
#480200 ANGELIQUE CLARK TRUSTEE
BRANCH 312
55 WATER STREET, RM 540
NEW YORK NY  10041

Nationwide 800 #: 1-800-634-5273
Nationwide Fax #: 1-800-457-3510
Hearing impaired call 1-800-CHASETD

Primary Account Number:  312-9080899-66
Number of Checks Enclosed: 1

---

| **BusinessCustom Checking** | Account # 312-9080899-66 | 99-33938 Portivity Inc |
|---|---|---|
| | | #480200 Angelique Clark Trustee |

| Summary | Number | Amount |
|---|---|---|
| Opening Balance | | 4,162.04 |
| Deposits and Credits | 0 | 0.00 |
| Withdrawals and Debits | 0 | 0.00 |
| Checks Paid | 1 | 4,162.04 |
| **Ending Balance** | | **0.00** |

**Checks Paid**

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 111 | 04/28 | 4,162.04 | | | | | | |

* indicates gap in check sequence                    **Total (1 check)**          **4,162.04**

**Daily Balances**

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 04/28 | 0.00 | | | | | | |

**THIS ENDS YOUR STATEMENT FINANCIAL DATA**

**Check 108**

JPMORGAN CHASE BANK
4 New York Plaza, 11th Floor, New York, NY 10004
VOID AFTER 90 DAYS
Case 99-33938 GWZ
312908089966
TID #48/200
P O Box 50070
SPARKS NV 89435
Estate of PORTIVITY, INC
ANGELIQUE CLARK, TRUSTEE
Date 01/14/2005
$ *******1,590.94
Dividend paid 42.52% on $3,741.44, Claim# 16; Filed: 36,678.88; Reference:
---One Thousand Five Hundred Ninety Dollars and 94/100
Pay to the Order of: DRUCKENMILLER, SCOTT D
3628 DRIFTING DR.
HELLERTOWN PA 18055

**Check (top right)**

JPMORGAN CHASE BANK
4 New York Plaza, 11th Floor, New York, NY 10004
VOID AFTER 90 DAYS
Case 99-33938 GWZ
312908089966
TID #48/200
P O Box 50070
SPARKS NV 89435
Estate of PORTIVITY, INC
ANGELIQUE CLARK, TRUSTEE
Date 01/14/2005
$ *******1,828.44
Dividend paid 42.52% on $4,300.00, Claim# 36; Filed: $4,300.00; Reference:
---One Thousand Eight Hundred Twenty-Eight Dollars and 44/100
Pay to the Order of: ROTTENBERG, KRIS
14180 SADDLEBOW DR.
RENO NV 89511

**Legal copy notice**

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

First USA BANKRUPTCY COURT
300 BOOTH STREET
RENO, NV 89509

**Check 103**

JPMORGAN CHASE BANK
4 New York Plaza, 11th Floor, New York, NY 10004
VOID AFTER 90 DAYS
Case 99-33938 GWZ
312908089966
TID #48/200
P O Box 50070
SPARKS NV 89435
Estate of PORTIVITY, INC
ANGELIQUE CLARK, TRUSTEE
Date 01/14/2005
$ *******397.09
Dividend paid 100.00% on $397.09, Trustee Expenses; Reference:
---Three Hundred Ninety-Seven Dollars and 09/100
Pay to the Order of: CLARK, ANGELIQUE L.
7289 SILVER KING DR.
SPARKS NV 89436

**Check 104**

JPMORGAN CHASE BANK
4 New York Plaza, 11th Floor, New York, NY 10004
VOID AFTER 90 DAYS
Case 99-33938 GWZ
312908089966
TID #48/200
P O Box 50070
SPARKS NV 89435
Estate of PORTIVITY, INC
ANGELIQUE CLARK, TRUSTEE
Date 01/14/2005
$ *******3,906.77
Dividend paid 100.00% on $3,906.77, Trustee Compensation; Reference:
---Three Thousand Nine Hundred Six Dollars and 77/100
Pay to the Order of: CLARK, ANGELIQUE L.

**Check 107**

JPMORGAN CHASE BANK
4 New York Plaza, 11th Floor, New York, NY 10004
VOID AFTER 90 DAYS
Case 99-33938 GWZ
312908089966
TID #48/200
P O Box 50070
SPARKS NV 89435
Estate of PORTIVITY, INC
ANGELIQUE CLARK, TRUSTEE
Date 01/14/2005
$ *******1,828.44
Dividend paid 42.52% on $4,300.00, Claim# 14; Filed: $4,300.00; Reference:
---One Thousand Eight Hundred Twenty-Eight Dollars and 44/100
Pay to the Order of: CLERICO, SHERYL
P.O. BOX 414
VIRGINIA CITY NV 89440